# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| M CORP DBA 11:59, <br><br> Plaintiff, <br><br> v. <br><br> INFINITIVE, INC., JOSEPH BRADLEY SHERIDAN, AND DOES 1-25, INCLUSIVE. <br><br> Defendants. | Civil Action: |

## PLAINTIFF'S MOTION PURSUANT TO FED. R. CIV. 65 FOR ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, Plaintiff M Corp dba 11:59 ("11:59" and/or "Plaintiff"), through its undersigned counsel, hereby applies and moves for an order to show cause and temporary restraining order against Infinitive, Inc. ("Infinitive") and Joseph Bradly Sheridan ("Sheridan") (collectively "Defendants"). Plaintiff makes this application due to certain imminent harm and damages it will suffer if immediate restraints are not imposed.

In support of this application, Plaintiff relies upon the accompanying Memorandum of Points and Authorities in Support of Plaintiff's Application for Order to Show Cause and Temporary Restraining Order, Certification of Stacy Landau, Esq. in Support of Order to Show Cause with Temporary Restraints, Declaration of Steven Hilary in Support of Plaintiff's Application for Preliminary and Permanent Injunction and Verified Complaint.

*[Signature on next page]*

POTTER & MURDOCK
*Attorneys for Plaintiff M Corp dba 11:59*

By:

  /s/John M. Murdock
John M. Murdock, Esq. (VSB#26647)
(703) 992-6950
jmurdock@pottermurdock.com
POTTER & MURDOCK, P.C.
252 N. Washington Street
Falls Church, VA  22046

Brian S. Szmak (VSB#92555)
(202) 798-6053
bszmak@pottermurdock.com
POTTER & MURDOCK, P.C.
252 N. Washington Street
Falls Church, VA  22046
*Counsel for Plaintiff Freddie Mac*

NUKK-FREEMAN & CERRA, P.C.
*Attorneys for Plaintiff M Corp dba 11:59*

By:_____
    Stacy Landau, Esq.
    (*To be admitted Pro Hac Vice*)
    Kegan S. Andeskie, Esq.
    (*To be admitted Pro Hac Vice*)
    26 Main Street, Suite 202
    Chatham, New Jersey  07928
    Tel:  (973) 665-9100
    Fax: (973) 665-9101
    slandau@nfclegal.com
    kandeskie@nfclegal.com

Dated:  October 15, 2024

# CERTIFICATE OF SERVICE

      I hereby certify that on the 15th day of October 2024, I filed the foregoing with the Court through the ECF system and further served the foregoing by email to and USPS First Class Mail to:

      Micah E. Ticatch, Esq.
Isler Dare PC
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
mticatch@islerdare.com
*Attorneys for Defendant Infinitive*

Micah B. Schwartz, Esq.
Yiorgos L. Koliopoulos, Esq.
Williams Mullen
323 2nd Street SE
Suite 900
Charlottesville, VA 22902
mschwartz@williamsmullen.com
gkoliopoulos@williamsmullen.com
*Attorneys for Defendant Joseph Bradley Sheridan*


      /s/_____
      John M. Murdock