UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| M CORP DBA 11:59,<br><br>Plaintiff,<br><br>v.<br><br>INFINITIVE, INC., JOSEPH BRADLEY SHERIDAN, AND DOES 1-25, INCLUSIVE.<br><br>Defendants. | Civil Action No.: |

**CERTIFICATION OF SERVICE AND FILING**

I hereby certify that on this date, I caused a copy of the following documents to be electronically filed with the United States District Court for the Eastern District of Virginia using the CM/ECF system:

1. M Corp dba 11:59's Verified Complaint, with exhibits;

2. Summonses in a Civil Action;

3. Motion Pursuant to Fed. Rule Civ. 65 for Order to Show Cause and Temporary Restraining Order;

4. Memorandum of Points and Authorities in Support of Plaintiff's Application for Order to Show Cause and Temporary Restraining Order;

5. Declaration of Steven Hilary In Support of Plaintiff's Application for Order to Show Cause and Temporary Restraining Order, with appendices;

6. Certification of Stacy Landau, Esq. In Support of Order to Show Cause and with Temporary Restraining Order, with exhibits;

7. Civil Cover Sheet;

8. [Proposed] Order to Show Cause for Preliminary Injunction and Temporary Restraints;

9. Defendant M Corp 11:59's Rule 7.1 Corporate Disclosure Statement; and

10. Certification of Service and Filing.

I further certify that on the 15th day of October 2024, a copy of the foregoing was served on this date, via electronic mail and regular mail as follows:

> Micah E. Ticatch, Esq.
> Isler Dare PC
> 1945 Old Gallows Road, Suite 650
> Vienna, Virginia 22182
> mticatch@islerdare.com
> *Attorneys for Defendant Infinitive*
>
> Micah B. Schwartz, Esq.
> Yiorgos L. Koliopoulos, Esq.
> Williams Mullen
> 323 2nd Street SE
> Suite 900
> Charlottesville, VA 22902
> mschwartz@williamsmullen.com
> gkoliopoulos@williamsmullen.com
> *Attorneys for Defendant Joseph Bradley Sheridan*

[*Signature on next page*]

Respectfully submitted,

POTTER & MURDOCK
*Attorneys for Plaintiff M Corp dba 11:59*

By:_____

   /s/John M. Murdock
John M. Murdock, Esq. (VSB#26647)
(703) 992-6950
jmurdock@pottermurdock.com
POTTER & MURDOCK, P.C.
252 N. Washington Street
Falls Church, VA  22046

Brian S. Szmak (VSB#92555)
(202) 798-6053
bszmak@pottermurdock.com
POTTER & MURDOCK, P.C.
252 N. Washington Street
Falls Church, VA  22046


NUKK-FREEMAN & CERRA, P.C.
*Attorneys for Plaintiff M Corp dba 11:59*

By:_____
   Stacy Landau, Esq.
   (*To be admitted Pro Hac Vice)*
   Kegan S. Andeskie, Esq.
   (*To be admitted Pro Hac Vice*)
   26 Main Street, Suite 202
   Chatham, New Jersey  07928
   Tel:  (973) 665-9100
   Fax: (973) 665-9101
   slandau@nfclegal.com
   kandeskie@nfclegal.com

Dated:  October 15, 2024