UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| M CORP DBA 11:59, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 1:24-cv-1823-RDA-IDD |
| | : | |
| v. | : | |
| | : | |
| INFINITIVE, INC., JOSEPH BRADLEY SHERIDAN, AND DOES 1-25, INCLUSIVE. | : | |
| | : | |
| Defendants. | : | |

**NOTICE OF HEARING**

**PLAINTIFF'S MOTION FOR
ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER**

Plaintiff and Movant, M Corp d/b/a 11:58, hereby gives notice of setting its Motion for Order to Show Cause and Temporary Restraining Order (Dkt. 6) to be heard on **Wednesday, October 23, 2024, at 10:00 a.m.,** before the **Hon. Rossie D. Alston.**

Dated: October 18, 2024

Respectfully submitted,

POTTER & MURDOCK

 /s/ John M. Murdock
 John M. Murdock (VSB # 26647)
(703) 992-6950
jmurdock@pottermurdock.com
POTTER & MURDOCK, P.C.
252 N. Washington Street
Falls Church, VA  22046

Brian S. Szmak (VSB#92555)
(202) 798-6053
bszmak@pottermurdock.com
POTTER & MURDOCK, P.C.
252 N. Washington Street
Falls Church, VA  22046

*Counsel for Plaintiff M Corp d/b/a*

NUKK-FREEMAN & CERRA, P.C.

By:_____
    Stacy Landau, Esq.
    (*To be admitted Pro Hac Vice)*
    Kegan S. Andeskie, Esq.
    (*To be admitted Pro Hac Vice*)
    26 Main Street, Suite 202
    Chatham, New Jersey  07928
    Tel:  (973) 665-9100
    Fax: (973) 665-9101
    slandau@nfclegal.com
    kandeskie@nfclegal.com
*Counsel for Plaintiff M Corp d/b/a 11:59*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 18th day of October, 2024, a copy of the foregoing was filed with the court's ECF system and served on the following counsel for Defendants via Email and USPS First Class Mail:

      Micah E. Ticatch, Esq.
      Isler Dare PC
      1945 Old Gallows Road, Suite 650
      Vienna, Virginia 22182
      mticatch@islerdare.com
      *Attorneys for Defendant Infinitive*

      Micah B. Schwartz, Esq.
      Yiorgos L. Koliopoulos, Esq.
      Williams Mullen
      323 2nd Street SE
      Suite 900
      Charlottesville, VA 22902
      mschwartz@williamsmullen.com
      gkoliopoulos@williamsmullen.com
      *Attorneys for Defendant Joseph Bradley Sheridan*

      /s/
      John M. Murdock