# Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s): Micah B. Schwartz, Esq.
Counsel for Defendant Joseph Sheridan

Electronic Device(s): Cell Phone

Purpose and Location Of Use: Motion Hearing
Courtroom of Hon. Rossie David Alston, Jr.

Case Name: M Corp. v. Infinitive and Sheridan

Case No.: 1:24-cv-1823

Date(s) Authorized: October 30, 2024

IT Clearance Waived: _____ (YES)   _____ (NO)

**APPROVED BY:**

Date:_____   _____
United States District/Magistrate/Bankruptcy Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance: _____   _____
IT Staff Member                                   Date(s)

**IT clearance must be completed, unless waived, before court appearance.**