**Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia**

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s):            Micah B. Schwartz, Esq.
                                 Counsel for Defendant Joseph Sheridan


Electronic Device(s):            Cell Phone


Purpose and Location Of Use:     Motion Hearing
                                 Courtroom of Hon. Rossie David Alston, Jr.

Case Name:                       M Corp. v. Infinitive and Sheridan

Case No.:                        1:24-cv-1823

Date(s) Authorized:              October 30, 2024

IT Clearance Waived:             ___✓___ (YES)   _____ (NO)

**APPROVED BY:**

Date: _10/23/24_                 _____
                                 United States District/Magistrate/Bankruptcy Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance:     _____    _____
                          IT Staff Member                   Date(s)

**IT clearance must be completed, unless waived, before court appearance.**