**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **M CORP DBA 11:59,** | ) |
| *Plaintiff,* | ) ) ) |
| v. | )    Case No. 1:24-cv-1823 |
| **INFINITIVE, INC.,** *et al.* | ) ) ) |
| *Defendants.* | ) ) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Micah E. Ticatch of the law firm of IslerDare, P.C., hereby enters his appearance in the above-titled action on behalf of Defendant Infinitive, Inc.  I certify that I am admitted to practice in this Court.

Dated: October 28, 2024    Respectfully submitted,

                                              /s/ Micah E. Ticatch
                                          Micah E. Ticatch, Va. Bar No. 83351
                                           IslerDare, P.C.
                                           1945 Old Gallows Road. Suite 650
                                           Vienna, Virginia 22182
                                           Phone: (703) 748-2690
                                           Facsimile: (703) 748-2695
                                           mticatch@islerdare.com

                                           *Counsel for Defendant Infinitive, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of October 2024, I will file the foregoing which will provide copies to the following counsel of record:

>John M. Murdock, Esq. (VSB#26647)
>(703) 992-6950
>jmurdock@pottermurdock.com
>POTTER & MURDOCK, P.C.
>252 N. Washington Street
>Falls Church, VA 22046
>
>Stacy Landau, Esq.
>Kegan S. Andeskie, Esq.
>26 Main Street, Suite 202
>Chatham, New Jersey 07928
>Tel: (973) 665-9100
>Fax: (973) 665-9101
>slandau@nfclegal.com
>kandeskie@nfclegal.com

>    /s/ Micah E. Ticatch
>Micah E. Ticatch, Va. Bar No. 83351
>ISLER DARE, P.C.
>1945 Old Gallows Road. Suite 650
>Vienna, Virginia 22182
>Phone: (703) 748-2690
>Facsimile: (703) 748-2695
>mticatch@islerdare.com
>
>*Counsel for Defendant Infinitive, Inc.*