## DECLARATION OF DENIS MCFARLANE

I, Denis McFarlane, pursuant to 28 U.S.C. § 1746 and Va. Code § 8.01-4.3, do hereby declare and verify, under the penalty of perjury, as follows:

1. I am over the age of 18 years old and am competent to make this sworn declaration.

2. I am the Chief Executive Officer of Infinitive, Inc. ("Infinitive")

3. In September 2024, Infinitive hired Joseph Bradley Sheridan. Mr. Sheridan was formerly employed by M Corp d/b/a 11:59 ("11:59").

4. Mr. Sheridan has represented to Infinitive that since his resignation from 11:59, he has retained copies of certain files on his personal Google Drive account that are related to his former employment with 11:59 (the "Sheridan Google Drive Files").

5. Mr. Sheridan has further represented to Infinitive that he has not opened, used, copied, transferred, shared, or disclosed any of the Sheridan Google Drive Files or any other of 11:59's confidential information since his resignation.

6. Consistent with that representation, Infinitive has searched its computer network and confirmed that Mr. Sheridan has not placed any of 11:59's confidential information on Infinitive's network. Infinitive has also searched Mr. Sheridan's Infinitive email and confirmed that no confidential information has been shared using his Infinitive email.

7. Mr. Sheridan has been instructed by Infinitive that he is not permitted to access, copy, modify, delete, or disclose any of the Sheridan Google Drive files without authorization from 11:59. He has been further instructed that he is not permitted to use or disclose any of 11:59's confidential information while he is employed by Infinitive.

8. I understand that Mr. Sheridan wishes to delete the Sheridan Google Drive Files but has not yet received authorization from 11:59 to do so.

Pursuant to 28 U.S.C. § 1746, and Va. Code § 8.01-4.3 I declare under penalty of perjury that the foregoing information is true and correct.

*Denis J. McFarlane*    10 / 02 / 2024

Denis McFarlane    Date



Audit trail

| | |
|---|---|
| Title | Declaration |
| File name | document-IktX5Q |
| Document ID | ec17205fb050b5b40b14baf75de8688659b6eb65 |
| Audit trail date format | MM / DD / YYYY |
| Status | ● Signed |

This document was requested from app.jazz.co

## Document History

**SENT**  
**10 / 02 / 2024**  
17:50:21 UTC  
Sent for signature to Denis McFarlane (denis@infinitive.com) from david.gonet@infinitive.com  
IP: 71.171.93.76

**VIEWED**  
**10 / 02 / 2024**  
17:51:41 UTC  
Viewed by Denis McFarlane (denis@infinitive.com)  
IP: 73.27.118.229

**SIGNED**  
**10 / 02 / 2024**  
17:52:19 UTC  
Signed by Denis McFarlane (denis@infinitive.com)  
IP: 73.27.118.229

**COMPLETED**  
**10 / 02 / 2024**  
17:52:19 UTC  
The document has been completed.

Powered by Dropbox Sign