## ** CIVIL HEARING**

Judge: Alston
Date: 10/30/2024
Reporter: T. Harris
Time: 1:43-2:41

Civil Action Number: 1:24cv1823

M Corp d/b/a 11:59 v. Infinitive, Inc., et al.

| Counsel for Plaintiff: | Counsel for Defendant Infinitive, Inc.: |
| --- | --- |
| Stacy Landau | Micah Ticatch |
| John Murdock | |
| | Counsel for Defendant Sheridan: |
| | Micah Schwartz |

Matter on for Plaintiff's [6] Motion Pursuant to Fed. R. Civ. 65 for Order to Show Cause and Temporary Restraining Order.

Testimony of defendant Sheridan heard; Motion argued and taken under advisement.