**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

M CORP DBA 11:59,

        Plaintiff,

v.

INFINITIVE, INC., *et al.*,

        Defendants.

Civ. No.: 1:24-cv-01823-RDA-IDD

## NOTICE OF APPEARANCE

THE CLERK will please note the appearance of John M. Remy, from the law firm of Jackson Lewis P.C., 10701 Parkridge Boulevard, Suite 300, Reston, VA 20191, as co-counsel on behalf of Defendant Joseph Bradley Sheridan in the above-captioned matter.

Dated: November 11, 2024

Respectfully submitted,

/s/ *John M. Remy*
John M. Remy (VA Bar No. 65863)
Eric P. Burns (VA Bar No. 76554)
Alyssa B. Testo (VA Bar No. 97254)
**JACKSON LEWIS P.C.**
10701 Parkridge Blvd., Suite 300
Reston, VA 20191
(703) 483-8300 – Tel
(703) 483-8301 – Fax
John.Remy@jacksonlewis.com
Eric.Burns@jacksonlewis.com
Alyssa.Testo@jacksonlewis.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 11, 2024, a true and accurate copy of the foregoing was filed electronically with the Clerk's Office through the Court's electronic filing system, which will send a notice of electronic filing to all counsel of record:

John M. Murdock, Esq. (VSB#26647)
(703) 992-6950
jmurdock@pottermurdock.com
POTTER & MURDOCK, P.C.
252 N. Washington Street
Falls Church, VA 22046

Stacy Landau, Esq.
Kegan S. Andeskie, Esq.
26 Main Street, Suite 202
Chatham, New Jersey 07928
Tel: (973) 665-9100
Fax: (973) 665-9101
slandau@nfclegal.com
kandeskie@nfclegal.com
*Counsel for Plaintiff M Corp dba 11:59*


Micah E. Ticatch
ISLERDARE, P.C.
1945 Old Gallows Road. Suite 650
Vienna, Virginia 22182
Phone: (703) 748-2690
Facsimile: (703) 748-2695
mticatch@islerdare.com
*Counsel for Defendant Infinitive, Inc.*

Micah B. Schwartz, Va Bar No. 77299
Yiorgos L. Koliopoulos, Va Bar No. 93608
WILLIAMS MULLEN
323 2nd Street SE, Suite 900
Charlottesville, Virginia 22902
Telephone: (434) 951-5737
Facsimile: (434) 817-0977
mschwartz@williamsmullen.com
gkoliopoulos@williamsmullen.com
*Co-Counsel for Joseph Bradley Sheridan*

/s/ *John M. Remy*
John M. Remy (VA Bar No. 65863)
Eric P Burns (VA Bar No. 76554)
Alyssa B. Testo (VA Bar No. 97254)
**JACKSON LEWIS P.C.**
10701 Parkridge Blvd., Suite 300 Reston, VA 20191
(703) 483-8300 – Tel
(703) 483-8301 – Fax
John.Remy@jacksonlewis.com
Eric.Burns@jacksonlewis.com
Alyssa.Testo@jacksonlewis.com

*Attorneys for Defendant*