UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| **M CORP DBA 11:59,** | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 1:24-cv-1823 |
| **INFINITIVE, INC.,** **JOSEPH BRADLEY SHERIDAN**, and **DOES 1 – 25, INCLUSIVE** | ) |
| Defendants. | ) |

**CONSENT MOTION TO WITHDRAW**
**AS COUNSEL OF RECORD FOR DEFENDANT JOSEPH BRADLEY SHERIDAN**

The law firm of Williams Mullen, as counsel of record for Defendant Joseph Bradley Sheridan ("Mr. Sheridan"), respectfully moves the Court pursuant to Local Rule of Civil Procedure 83.1(G) for an Order allowing for the withdrawal of Yiorgos L. Koliopoulos and Micah B. Schwartz as a counsel of record, and states as follows:

1. On October 23, 2024, Yiorgos L. Koliopoulos entered his appearance as counsel for Mr. Sheridan (ECF No. 18.)

2. On October 23, 2024, Micah B. Schwartz entered his appearance as counsel for Mr. Sheridan (ECF No. 19.)

3. On November 11, 2024, Alyssa B. Testo, John M. Remy and Eric P. Burns of the law firm of Jackson Lewis P.C. entered appearances as counsel of record on behalf of Mr. Sheridan in this matter.

4. Yiorgos L. Koliopoulos and Micah B. Schwartz will have no further representation of Mr. Sheridan in this matter. Instead, Alyssa B. Testo, John M. Remy and Eric P. Burns of the

law firm of Jackson Lewis P.C. will continue to represent Mr. Sheridan moving forward and therefore, the withdrawal of Mr. Koliopoulos and Mr. Schwartz from this matter will not prejudice Mr. Sheridan.

5. Mr. Sheridan was advised of the change in counsel, had no objection and consented to the instant motion.

6. All counsel of record for the parties were notified of the withdrawal of Yiorgos L. Koliopoulos and Micah B. Schwartz and had no objection to the instant motion.

7. Defendant does not seek oral argument.

WHEREFORE, Williams Mullen respectfully requests that the Court enter the attached Order permitting the withdrawal of Yiorgos L. Koliopoulos and Micah B. Schwartz as a counsel of record for Defendant Joseph Bradley Sheridan and removing them from the docket.

Respectfully submitted,
WILLIAMS MULLEN

By: /s/ Yiorgos L. Koliopoulos
Yiorgos L. Koliopoulos
Virginia State Bar No. 93608
Counsel for Defendant
WILLIAMS MULLEN
222 Central Park Avenue, Suite 1700
Virginia Beach, VA  23462
Telephone: (757) 473-5320
Facsimile: (757) 473-0395
gkoliopoulos@williamsmullen.com

Micah B. Schwartz
Virginia State Bar No. 77299
Counsel for Defendant
WILLIAMS MULLEN
323 2nd Street SE, Suite 900
Charlottesville, Virginia 22902
Telephone: (434) 951-5737
Facsimile: (434) 817-0977
mschwartz@williamsmullen.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of November 2024, I filed the foregoing Motion via the Court's Electronic Case Filing (ECF) system, which will send a Notice of Electronic Filing (NEF) to the following counsel of record:

> John M. Murdock
> POTTER & MURDOCK, P.C.
> jmurdock@pottermurdock.com
>
> Kegan S. Andeskie
> Stacy Landau
> NUUK-FREEMAN & CERRA, P.C.
> kandeskie@nfclegal.com
> slandau@nfdegal.com
>
> Micah E. Ticatch
> ISLERDARE, P.C.
> mticatch@islerdare.com
>
> John M. Remy
> Eric P. Burns
> Alyssa B. Testo
> JACKSON LEWIS P.C.
> John.Remy@jacksonlewis.com
> Eric.Burns@jacksonlewis.com
> Alyssa.Testo@jacksonlewis.com

> By:  /s/ Yiorgos L. Koliopoulos
> Yiorgos L. Koliopoulos
> Virginia State Bar No. 93608
> Counsel for Defendant
> WILLIAMS MULLEN
> 222 Central Park Avenue, Suite 1700
> Virginia Beach, VA  23462
> Telephone: (757) 473-5320
> Facsimile: (757) 473-0395
> gkoliopoulos@williamsmullen.com