UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| **M CORP DBA 11:59,** | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 1:24-cv-1823 |
| **INFINITIVE, INC.,** **JOSEPH BRADLEY SHERIDAN**, and **DOES 1 – 25, INCLUSIVE** | ) |
| Defendants. | ) |

## ORDER

This matter comes before the Court on Defendant Joseph Bradley Sheridan's Consent Motion to Withdraw Yiorgos L. Koliopoulos and Micah B. Schwartz as counsel of record. Upon consideration of the motion, and finding that no party will suffer prejudice, for good cause shown the Court **GRANTS** the motion. Yiorgos L. Koliopoulos and Micah B. Schwartz are hereby withdrawn as a counsel of record for Defendant Joseph Bradley Sheridan.

**SO ORDERED** this _____ day of _____, 2024.

_____
United States District Judge