**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| **M CORP DBA 11:59,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.:  1:24-cv-1823 |
| | ) | |
| | ) | |
| **INFINITIVE, INC.,** | ) | |
| **JOSEPH BRADLEY SHERIDAN,** | ) | |
| and | ) | |
| **DOES 1 – 25, INCLUSIVE** | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM IN SUPPORT OF CONSENT MOTION TO WITHDRAW**
**AS COUNSEL OF RECORD FOR DEFENDANT JOSEPH BRADLEY SHERIDAN**

The law firm of Williams Mullen (hereinafter "Williams Mullen submits this memorandum in support of its motion for leave to withdraw Yiorgos L. Koliopoulos and Micah B. Schwartz as counsel of record, pursuant to Local Rule of Civil Procedure 83.1(G) which provides as follows:

> (G) Withdrawal of Appearance: No attorney who has entered an appearance in any civil action shall withdraw such appearance, or have it stricken from the record, except on order of the Court and after reasonable notice to the party on whose behalf said attorney has appeared.

On November 11, 2024, Alyssa B. Testo, John M. Remy and Eric P. Burns of the law firm of Jackson Lewis P.C. entered appearances as counsel of record on behalf of Defendant Joseph Bradley Sheridan (ECF Nos. 33, 34 and 35) in order to represent Defendant in this matter moving forward.  Williams Mullen, Yiorgos L. Koliopoulos and Micah B. Schwartz are therefore seeking leave to withdraw as a counsel of record.  Defendant Joseph Bradley Sheridan was provided notice and had no objection to the withdrawal of Williams Mullen, Yiorgos L. Koliopoulos and Micah

B. Schwartz from the case.   As such, no prejudice will befall any party as a result of the withdrawal.

WHEREFORE, for these reasons, Williams Mullen respectfully requests that the Court enter an order permitting the withdrawal of Yiorgos L. Koliopoulos and Micah B. Schwartz as counsel of record for Defendant Joseph Bradley Sheridan.

Respectfully submitted,
WILLIAMS MULLEN

By:   /s/ *Yiorgos L. Koliopoulos*
Yiorgos L. Koliopoulos
Virginia State Bar No. 93608
Counsel for Defendant
WILLIAMS MULLEN
222 Central Park Avenue, Suite 1700
Virginia Beach, VA  23462
Telephone: (757) 473-5320
Facsimile: (757) 473-0395
gkoliopoulos@williamsmullen.com

Micah B. Schwartz
Virginia State Bar No. 77299
Counsel for Defendant
WILLIAMS MULLEN
323 2nd Street SE, Suite 900
Charlottesville, Virginia 22902
Telephone: (434) 951-5737
Facsimile: (434) 817-0977
mschwartz@williamsmullen.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of November 2024, I filed the foregoing Memorandum via the Court's Electronic Case Filing (ECF) system, which will send a Notice of Electronic Filing (NEF) to the following counsel of record:

John M. Murdock
POTTER & MURDOCK, P.C.
jmurdock@pottermurdock.com

Kegan S. Andeskie
Stacy Landau
NUUK-FREEMAN & CERRA, P.C.
kandeskie@nfclegal.com
slandau@nfdegal.com

Micah E. Ticatch
ISLER DARE, P.C.
mticatch@islerdare.com

John M. Remy
Eric P. Burns
Alyssa B. Testo
JACKSON LEWIS P.C.
John.Remy@jacksonlewis.com
Eric.Burns@jacksonlewis.com
Alyssa.Testo@jacksonlewis.com

By:   */s/ Yiorgos L. Koliopoulos*
Yiorgos L. Koliopoulos
Virginia State Bar No. 93608
Counsel for Defendant
WILLIAMS MULLEN
222 Central Park Avenue, Suite 1700
Virginia Beach, VA  23462
Telephone: (757) 473-5320
Facsimile: (757) 473-0395
gkoliopoulos@williamsmullen.com