IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| M CORP, d/b/a 11:59, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:24-cv-1823 RDA/IDD |
| | ) |
| INFINITIVE, INC., *et al*., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court on Defendant Joseph Bradley Sheridan's Consent Motion to Withdraw Yiorgos L. Koliopoulos and Micah B. Schwartz as Counsel of Record ("Motion") [Dkt. No. 37]. This matter can be resolved without oral argument, as such argument would not aid the decisional process. Upon consideration of the Motion and for good cause shown, it is hereby

ORDERED that the Motion is **GRANTED**. Yiorgos L. Koliopoulos and Micah B. Schwartz, of the Williams Mullen law firm, are hereby withdrawn as a counsel of record for Defendant Sheridan. It is further

ORDERED that Alyssa B. Testo, John M. Remy, and Eric P. Burns of the law firm Jackson Lewis P.C. will continue to represent Defendant Sheridan as counsel of record.

ENTERED this 15th day of November 2024.

/s/
Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia