**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **M CORP DBA 11:59,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:24-cv-1823 |
| ) | |
| ) | |
| **INFINITIVE, INC.,** *et al.* ) | |
| ) | |
| Defendants. ) | |

## JOINT MOTION OF THE PARTIES FOR ENTRY OF STIPULATED PRELIMINARY INJUNCTION ORDER

COMES NOW Plaintiff M Corp DBA 11:59 ("11:59") and Defendants Infinitive, Inc. ("Infinitive"), and Joseph Bradley Sheridan ("Sheridan") by their respective undersigned counsel to jointly move this Court for entry of a Stipulated Preliminary Injunction Order, a copy of which is incorporated herein by reference, for the reasons set forth therein. It is the intention of the Parties that this Stipulated Preliminary Injunction Order shall take effect immediately upon grant of this Motion and remain in effect for the pendency of the litigation or until such time as the Court otherwise orders. The Parties further request that the hearing set for December 12, 2024, be removed from the calendar and that following entry of the Stipulated Preliminary Injunction Order the Court set a date for a Fed. R. Civ. P. 16 Scheduling Conference.

Respectfully submitted,

| JOSEPH BRADLEY SHERIDAN: | M CORP DBA 11:59: |
|---|---|
| By: /s/ Eric P. Burns<br>John M. Remy (VA Bar No. 65863)<br>Eric P. Burns (VA Bar No. 76554)<br>Alyssa B. Testo (VA Bar No. 97254)<br>JACKSON LEWIS P.C.<br>10701 Parkridge Blvd., Suite 300 Reston, VA 20191<br>Telephone: (703) 483-8300<br>Fax: (703) 483-8301<br>John.Remy@jacksonlewis.com<br>Eric.Burns@jacksonlewis.com<br>Alyssa.Testo@jacksonlewis.com | By: /s/ John M. Murdock<br>John M. Murdock<br>Virginia Bar No. 26647<br>Brian S. Szmak<br>Virginia Bar No. 92555<br>Counsel for Plaintiff<br>POTTER & MURDOCK, P.C.<br>252 N. Washington Street<br>Falls Church, VA 22046<br>Telephone: (703) 992-6950<br>jmurdock@pottermurdock.com<br>bszmak@pottermurdock.com |
| INFINITIVE, INC.:<br><br>By: /s/ Micah E. Ticatch<br>Micah E. Ticatch, Va. Bar 83351<br>IslerDare, PC<br>1945 Old Gallows Road, Suite 650<br>Vienna, Virginia 22182<br>Telephone: 703-663-1308<br>Facsimile: 703-748-2695<br>mticatch@islerdare.com | Stacy Landau (admitted Pro Hac Vice)<br>Kegan S. Andeskie (admitted Pro Hac Vice)<br>NUKK-FREEMAN & CERRA, P.C.<br>26 Main Street, Suite 202<br>Chatham, New Jersey 07928<br>Tel: (973) 665-9100<br>Fax: (973) 665-9101<br>slandau@nfclegal.com<br>kandeskie@nfclegal.com |