Generated: Dec 12, 2024 10:56AM                                                                                          Page 1/1



# U.S. District Court

## Virginia Eastern - Alexandria

Receipt Date: Dec 12, 2024 10:56AM

M Corp

Rcpt. No: 100009794                 Trans. Date: Dec 12, 2024 10:56AM                 Cashier ID: #JB

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 701 | Treasury Registry | DVAE124CV001823 /001<br>M CORP DBA 11:59 | 1 | 50000.00 | 50000.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #4860001458 | 12/12/2024 | $50,000.00 |

Total Due Prior to Payment: $50,000.00
Total Tendered: $50,000.00
Total Cash Received: $0.00
Cash Change Amount: $0.00

**Comments:** civil case# 1:24-cv-1823

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.