# EXHIBIT C



# Employee Handbook

# June 13, 2023

contract is controlling.

Nothing in this handbook will be interpreted, applied, or enforced to interfere with, restrain, or coerce employees in the exercise of their rights under Section 7 of the National Labor Relations Act.

This policy may not be appropriate in its entirety for team members working in Montana.

## 2.0   Introductory Language and Policies

### 2.1   Ethics Code

11:59 will conduct business honestly and ethically wherever operations are maintained. We strive to improve the quality of our services, products, and operations and will maintain a reputation for honesty, fairness, respect, responsibility, integrity, trust, and sound business judgment. Our managers and team members are expected to adhere to high standards of business and personal integrity as a representation of our business practices, at all times consistent with their duty of loyalty to the Corporation.

We expect that officers, directors, and team members will not knowingly misrepresent the Corporation and will not speak on behalf of the Corporation unless specifically authorized. The confidentiality of trade secrets, proprietary information, and similar confidential commercially-sensitive information (i.e. financial or sales records/reports, marketing or business strategies/plans, product development, customer lists, patents, trademarks, etc.) about the Corporation or operations, or that of our customers or partners, is to be treated with discretion and only disseminated on a need-to-know basis (see policies relating to privacy).

Violation of the Code of Ethics can result in discipline, up to and including termination of employment. The degree of discipline imposed may be influenced by the existence of voluntary disclosure of any ethical violation and whether or not the violator cooperated in any subsequent investigation.

### 2.2   Revisions to Handbook

This handbook is our attempt to keep you informed of the terms and conditions of your employment, including 11:59 policies and procedures. The handbook is not a contract. The Corporation reserves the right to revise, add, or delete from this handbook as we determine to be in our best interest, except the policy concerning at-will employment. When changes are made to the policies and guidelines contained herein, we will endeavor to communicate them in a timely fashion, typically in a written supplement to the handbook or in a posting on company bulletin boards.

## 3.0   Hiring and Orientation Policies

### 3.1   Anti-Harassment Policy

11:59 strives to create and maintain a work environment in which people are treated with dignity, decency, and respect. The environment of the company should be characterized by mutual trust and the absence of intimidation, oppression, and exploitation. 11:59 will not tolerate unlawful discrimination or harassment of any kind. Through enforcement of this policy and by education of employees, 11:59 will seek to prevent, correct, and discipline behavior that violates this policy.

All employees, regardless of their positions, are covered by and are expected to comply with this policy and to take appropriate measures to ensure that prohibited conduct does not occur. Appropriate disciplinary action will be taken against any employee who violates this policy. Based on the seriousness of the offense, disciplinary action may include verbal or written reprimand, suspension, or termination of

grievance procedure and that depending on the circumstances, you may be disciplined or terminated without any prior warning or procedure.

## 5.4   Open Door/Conflict Resolution Process

11:59 strives to provide a comfortable, productive, legal, and ethical work environment. To this end, we want you to bring any problems, concerns, or grievances you have about the workplace to the attention of your manager and/or People Operations and, if necessary, to Human Resources or upper-level management. To help manage conflict resolution we have instituted the following problem solving procedure:

If you believe there is inappropriate conduct or activity on the part of the Corporation, management, its team members, vendors, customers, or any other persons or entities related to the Corporation, bring your concerns to the attention of your Manager and/or People Operations at a time and place that will allow the person to properly listen to your concern. Most problems can be resolved informally through dialogue between you and your immediate Manager and/or People Operations. If you have already brought this matter to the attention of your manager and/or People Operations before and do not believe you have received a sufficient response, or if you believe that person is the source of the problem, present your concerns to Human Resources or upper-level management. Describe the problem, those persons involved in the problem, efforts you have made to resolve the problem, and any suggested solution you may have.

## 5.5   Resignation Policy

11:59 hopes that your employment with the Corporation will be a mutually rewarding experience; however, the Corporation acknowledges that varying circumstances can cause you to resign employment. The Corporation intends to handle any resignation in a professional manner with minimal disruption to the workplace.

*Notice*

The Corporation requests that you provide a minimum of two weeks' notice of your resignation. Provide a written resignation letter to your manager and/or People Operations. If you provide less notice than requested, the Corporation may deem you to be ineligible for rehire, depending on the circumstances of the notice given.

The Corporation reserves the right to provide you with pay in lieu of notice in situations where job or business needs warrant.

*Final Pay*

The Corporation will pay separated team members in accordance with applicable laws and other sections of this handbook.

Notify the Corporation if your address changes during the calendar year in which resignation occurs to ensure tax information is sent to the correct address.

*Return of Property*

Return all Corporation property at the time of separation, including computer equipment. Failure to return some items may result in deductions from your final paycheck where state law allows.

### 5.6 Outside Employment

Outside employment that creates a conflict of interest or that affects the quality or value of your work performance or availability at 11:59 is prohibited. The Corporation recognizes that you may seek additional employment during off hours, but in all cases expects that any outside employment will not affect your attendance, job performance, productivity, work hours, or scheduling, or would otherwise adversely affect your ability to effectively perform your duties or in any way create a conflict of interest. Any outside employment that will conflict with your duties and obligations to the Corporation should be reported to your manager and/or People Operations. Failure to adhere to this policy may result in discipline up to and including termination.

### 5.7 Post-Employment References

11:59 policy is to confirm dates of employment and job title only. With written authorization, the Corporation will confirm compensation. Forward any requests for employment verification to Human Resources.

### 5.8 Workforce Reductions (Layoffs)

If necessary, based upon business needs, 11:59 management may decide to implement a reduction in force (RIF). We acknowledge that RIFs can be a trying experience for all involved, and the Corporation will make its best effort to make sound business decisions while acknowledging the needs of its workforce.

## 6.0 General Policies

### 6.1 Nonsolicitation/Nondistribution Policy

To avoid disruption of business operations or disturbance of team members, visitors, and others, 11:59 has implemented a Nonsolicitation/Nondistribution Policy. For purposes of this policy, "solicitation" includes, but is not limited to, selling items or services, requesting contributions, and soliciting or seeking to obtain membership in or support for any organization. Solicitation performed through verbal, written, or electronic means is covered by the Nonsolicitation/Nondistribution Policy.

You are prohibited from soliciting other team members during your assigned working time. For this purpose, working time means time during which either you or the team members who are the object of the solicitation are expected to be actively engaged with assigned work. You may conduct solicitations during your lunch period, coffee breaks, or other authorized nonworking time, so long as you do so when the other team members are also on nonworking time.

To avoid inappropriate litter, clutter, and safety risks, you may not distribute literature or other items that are not work related in working areas at any time. Working areas do not include break/rest areas, lunchrooms, or parking lots. Electronic distribution of materials is prohibited during work time. Literature that violates the company's equal employment opportunity (EEO) and nonharassment policies (including threats of violence), or is knowingly and recklessly false, is never permitted. Non-employees are not permitted to distribute materials on company premises at any time.

This policy is not intended to restrict the statutory rights of team members, including the right to discuss terms and conditions of employment.

Violations of this policy should be reported to your manager and/or People Operations.

### 6.2   Workplace Privacy and Right to Inspect

11:59 property, including but not limited to lockers, phones, computers, tablets, desks, work place areas, vehicles, or machinery, remains under the control of the Corporation and is subject to inspection at any time, without notice to any team members, and without their presence.

You should have no expectation of privacy in any of these areas. We assume no responsibility for the loss of, or damage to, your property maintained on Corporation premises including that kept in lockers and desks.

### 6.3   Computer Security and Copying of Software

Software programs purchased and provided by 11:59 are to be used only for creating, researching, and processing materials for Corporation use. By using Corporation hardware, software, and networking systems you assume personal responsibility for their use and agree to comply with this policy and other applicable Corporation policies, as well as city, state, and federal laws and regulations.

All software acquired for or on behalf of the Corporation or developed by Corporation team members or contract personnel on behalf of the Corporation, is and will be deemed Corporation property. It is the policy of the Corporation to respect all computer software rights and to adhere to the terms of all software licenses to which the Corporation is a party. The Chief Technology Officer is responsible for enforcing these guidelines.

You may not illegally duplicate any licensed software or related documentation. Unauthorized duplication of software may subject you and/or the Corporation to both civil and criminal penalties under the United States Copyright Act. To purchase software, obtain your manager's approval. All software acquired by the Corporation must be purchased through The Chief Technology Officer.

You may not duplicate, copy, or give software to any outsiders including clients, contractors, customers, and others. You may use software on local area networks or on multiple machines only in accordance with applicable license agreements entered into by the Corporation.

### 6.4   Use of Company Technology

This policy is intended to provide 11:59 team members with the guidelines associated with the use of the Corporation information technology (IT) resources and communications systems.

This policy governs the use of all IT resources and communications systems owned by or available at the Corporation, and all use of such resources and systems when accessed using your own devices, including but not limited to:

- Email systems and accounts.
- Internet and intranet access.
- Telephones and voicemail systems, including wired and mobile phones, smartphones, and pagers.
- Printers, photocopiers, and scanners.
- Fax machines, e-fax systems, and modems.
- All other associated computer, network, and communications systems, hardware, peripherals, and software, including network key fobs and other devices.
- Closed-circuit television (CCTV) and all other physical security systems and devices, including access key cards and fobs.

*General Provisions*

Corporation IT resources and communications systems are to be used for business purposes only unless otherwise permitted under applicable law.

All content maintained in Corporation IT resources and communications systems are the property of the Corporation. Therefore, team members should have no expectation of privacy in any message, file, data, document, facsimile, telephone conversation, social media post, conversation, or any other kind or form of information or communication transmitted to, received, or printed from, or stored or recorded on Corporation electronic information and communications systems.

The Corporation reserves the right to monitor, intercept, and/or review all data transmitted, received, or downloaded over Corporation IT resources and communications systems in accordance with applicable law. Any individual who is given access to the system is hereby given notice that the Corporation will exercise this right periodically, without prior notice and without prior consent.

The interests of the Corporation in monitoring and intercepting data include, but are not limited to: protection of Corporation trade secrets, proprietary information, and similar confidential commercially-sensitive information (i.e. financial or sales records/reports, marketing or business strategies/plans, product development, customer lists, patents, trademarks, etc.); managing the use of the computer system; and/or assisting team members in the management of electronic data during periods of absence.

You should not interpret the use of password protection as creating a right or expectation of privacy, nor should you have a right or expectation of privacy regarding the receipt, transmission, or storage of data on Corporation IT resources and communications systems.

Do not use Corporation IT resources and communications systems for any matter that you would like to be kept private or confidential.

*Violations*

If you violate this policy, you will be subject to corrective action, up to and including termination of employment. If necessary, the Corporation will also advise law enforcement officials of any illegal conduct.

## 6.5   Personal Appearance

Your personal appearance reflects on the reputation, integrity, and public image of 11:59 . All team members are required to report to work neatly groomed and dressed. You are expected to maintain personal hygiene habits that are generally accepted in the community, including clean clothing, good grooming and personal hygiene, and appropriate attire for the workplace and the work being performed. Use common sense and good judgment in determining what to wear to work.

Fragrant products, including but not limited to perfumes, colognes, and scented body lotions or hair products, should be used in moderation out of concern for others with sensitivities or allergies.

The Corporation, in accordance with applicable law, will reasonably accommodate team members with disabilities or religious beliefs that make it difficult for them to comply fully with the personal appearance policy unless doing so would impose an undue hardship on the Corporation. Contact your manager and/or People Operations to request a reasonable accommodation.

Failure to comply with the personal appearance standards and frequent violations may result in disciplinary action, up to and including termination of employment.

direct or indirect threat of physical harm, damage to property, or any intentional behavior that may cause a person to feel threatened.

*Prohibited Conduct*

Prohibited conduct includes, but is not limited to:

- Physically injuring another person.
- Threatening to injure a person or damage property by any means, including verbal, written, direct, indirect, or electronic means.
- Taking any action to place a person in reasonable fear of imminent harm or offensive contact.
- Possessing, brandishing, or using a firearm on Corporation property or while performing Corporation business except as permitted by state law.
- Violating a restraining order, order of protection, injunction against harassment, or other court order.

*Reporting Incidents of Violence*

Report to your Manager and/or People Operations, in accordance with this policy, any behavior that compromises our ability to maintain a safe work environment. All reports will be investigated immediately and kept confidential, except where there is a legitimate need to know. You are expected to cooperate in any investigation of workplace violence.

*Violations*

Violating this policy may subject you to criminal charges as well as discipline up to and including immediate termination of employment.

*Retaliation*

Victims and witnesses of workplace violence will not be retaliated against in any manner. In addition, you will not be subject to discipline for, based on a reasonable belief, reporting a threat or for cooperating in an investigation.

If you initiate, participate, are involved in retaliation, or obstruct an investigation into conduct prohibited by this policy, you will be subject to discipline up to and including termination.

If you believe you have been wrongfully retaliated against, immediately report the matter to HR/Controller.

## 9.0   Trade Secrets and Inventions

### 9.1   Confidentiality and Nondisclosure of Trade Secrets

As a condition of employment, 11:59 team members are required to protect the confidentiality of Corporation trade secrets, proprietary information, and confidential commercially sensitive information (i.e., financial or sales records/reports, marketing or business strategies/plans, product development, customer lists, patents, trademarks, etc.) related to the Corporation. Access to this information should be limited to a "need to know" basis and should not be used for personal benefit, disclosed, or released without prior authorization from management.

If you have information that leads you to suspect that team members are sharing such information in violation of this policy and/or competitors are obtaining such information, you are required to inform your Manager and/or People Operations or Human Resources.

Violation of this policy may result in disciplinary action up to and including termination, and may subject the violator to civil liability.

## 10.0   Customer Relations

### 10.1   Customer, Client, and Visitor Relations

11:59 strives to provide the best products and services possible to our customers and clients. Our customers and clients support this business and generate your wages. You are expected to treat every customer, client, or visitor with the utmost respect and courtesy during your working time. You should never argue or act in a disrespectful manner towards a visitor or customer during your working time. If you are having problems with a customer, client, or visitor, notify your manager and/or People Operations immediately. If a customer, client, or visitor voices a suggestion, complaint, or concern regarding our products or services, inform your manager and/or People Operations or a member of management. Lastly, make every effort to be prompt in following up on customer, client, or visitor orders or questions. Positive customer, client, and visitor relations will go a long way to establishing our corporation as a leader in its field.

### 10.2   Products and Services Knowledge

As a representative of 11:59, you are expected to be familiar with the products and services we offer. Take every opportunity to learn the interrelationship between your department or division and the others of the Corporation. We consider our team members to be the best reflection of our business brand and company success.



11:59 Employee Handbook 2023

Training Completion Certificate

This certifies that

*Brad Sheridan*

Has successfully completed training on

August 20, 2023



5930 S. Land Park Dr. #22069
Sacramento, California 95822

Additional Updates to include more information on the below:
- Employee Assistance Program (EAP)
- Recording Time
- Personal Appearance Policy
- Resignation Policy
- Remote Work Conduct Policy

Why These Changes?
We continually review and update our policies to ensure they align with the latest legal requirements, best practices, and evolving needs of our organization and employees. These updates help us maintain a fair, inclusive, and productive workplace for everyone.

Please review the new policies. Then digitally sign and return this document as soon as possible.

Thank you for your attention to this important update. We appreciate your cooperation in ensuring we all remain informed and aligned with our company policies.

**Please Sign Here** - Employee Handbook Acknowledgment:

Employee Name: Joseph B. Sheridan

Department: Data Analytics

Date: 8/9/2024

Digital Signature: J.B.S.

Acknowledgment: I have received and reviewed the updated 1159 Employee Handbook, effective June 2024. I understand that it is my responsibility to read and familiarize myself with the policies and procedures outlined in the handbook.

1159-ai