# EXHIBIT E

Joseph B. Sheridan  
20951 Highland Creek Drive  
Leesburg, VA 20175  
sheridan06@gmail.com

August 22, 2024

Dear Dani Suntup:

This letter serves as notice that I am resigning from my position as Vice President, Data Analytics for 11:59, effective September 6, 2024.

Thank you for the opportunities for professional and personal development that has been provided to me during the last one and a half years. I have enjoyed working for 11:59; the culture, the talented individuals, and the kick-ass attitude will always be great memories.

Please let me know what I can do to help during this transition.

Sincerely,

*[signature]*

Joseph B. Sheridan