# EXHIBIT F

| | |
|---|---|
| From: | Connor Hoffmann |
| To: | Brad Sheridan |
| Subject: | Re: LPR use cases |
| Date: | Thursday, August 29, 2024 5:15:10 PM |
| Attachments: | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image001.png |

Congrats.  I remember seeing some interaction with Infinitive and our PS leadership last spring to get them (you) onboarded as a partner.  Sounds like we will continue to be working together!

**Connor Hoffmann**
Staff Project Manager
▇▇▇▇▇7514 (cell)
connor.hoffmann@databricks.com


On Thu, Aug 29, 2024 at 4:28 PM Brad Sheridan <brad.sheridan@1159.ai> wrote:

> I'm right there with you Connor!!  I did a demo to ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ earlier this year and one of them on the call chimed in to express their displeasure with one of the use cases that we demoed.  Thankfully the followed up their comment with "but I understand you were asked to build this solution and with the right controls it should be fine"
>
> I'll send an email to you and the others to coordinate calendars for next week, then I'll send out an invite.
>
> And yes, I'm headed back to Infinitive…the consultancy that I worked at prior to 11:59.  Not only are they a more advanced Databricks partner and part of the invite-only DPP program, but there is a lot of negative stuff going on at 11:59 and I need to get out.  Where there's smoke, there's fire.
>
> chat soon…I'll get that email out now
>
> 
>
> **Brad Sheridan**
> Vice President, Data Engineering & Analytics
> M: ▇▇▇▇▇▇-0767
> O: (888) 369-1159
> brad.sheridan@1159.ai
> 1159.ai

**From:** Connor Hoffmann <connor.hoffmann@databricks.com>
**Date:** Thursday, August 29, 2024 at 4:10 PM
**To:** Brad Sheridan <brad.sheridan@1159.ai>
**Subject:** Re: LPR use cases

Hey Brad.

I had no idea that you were leaving.  I'm assuming it is for potentially bigger and better things.  Best of luck!

I think it would be great to meet up next week to see what you have come up with before you leave.  Perhaps invite Liang and maybe Scott and Ashraf so those technical minds can see it.

Having worked with the Government for 20+ years, I'm always weary when you start combining datasets that contain some amount of personal data.  Little bits from various data sets/sources combined together can create a very PII dataset.  You then run into legal and liability issues.  Hopefully we can show them the art of the possible and ultimately, the customer has to make a decision (with the help of their legal teams) how they want to combine their data and what they then want to do with it.

**Connor Hoffmann**
Staff Project Manager
███████ 7514 (cell)
connor.hoffmann@databricks.com

On Thu, Aug 29, 2024 at 3:54 PM Brad Sheridan <brad.sheridan@1159.ai> wrote:

> Afternoon Connor – the use case discussion at the end of the call just now was great b/c I didn't really think about crossing the line until Brandon commented about "too big brother-ish"
>
> I've already built 2 uses cases in our Databricks partner sandbox.  One has to do with registered sex offenders being to close to a school and the other has to do with theft at airports…perhaps this last one can be repurposed for crop thefts.
>
> Anyway, instead of explaining them here, I'll leave it up to you to schedule time with me if you'd like me to walk through them quickly.
>
> Lastly, and perhaps Cheryl has already told you, I've resigned from 11:59 and my last day is next Friday
>
> Let me know if you if you want to schedule 30 mins to see these LPR use cases
>
> Thanks!
>
> 
>
> **Brad Sheridan**
> Vice President, Data Engineering & Analytics
> M: ███████ 0767
> O: (888) 369-1159
> brad.sheridan@1159.ai
> 1159.ai