# EXHIBIT G

| | |
|---|---|
| **From:** | Project B |
| **To:** | Brad Sheridan |
| **Subject:** | FW: AI Strategy |
| **Date:** | Thursday, August 1, 2024 4:27:47 PM |
| **Attachments:** | 2025 - EDS AI Strategy v10.docx |
| | 2025 - EDS AI Ethics n Compliance v5.docx |



Enterprise Data Services
M:      2366
    @ Project B

**From:** Project B
**Sent:** Thursday, August 1, 2024 4:25 PM
**To:** David Lindstrom <david.lindstrom@1159.ai>; Tim Collinson <tim.collinson@1159.ai>; Justin Coker <justin.coker@1159.ai>
**Cc:** Brad Sheridan <Brad.Sheridan@infinitive.com>
**Subject:** AI Strategy

Gentleman,

Great conversation and thank you for helping out on these AI initiatives,

Attached are my draft AI Strategy and Key AI Compliance and Ethical issues.

I will get the meeting set up for next week to move this forward.

Thank you,



Enterprise Data Services
M:      2366
    @ Project B

CONFIDENTIALITY NOTICE: This e-mail (and any attachments) is covered by state and federal law governing electronic communications and may contain confidential, legally privileged information. It is intended only for the recipient(s) named above. If you are not an intended recipient, any disclosure, copying, distribution or taking any action in reliance on this e-mail is strictly prohibited. If you have received this email in error, please contact the sender and delete the e-mail and any attachments from all computers.