UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| **M CORP DBA 11:59,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>**INFINITIVE, INC.**, *et al.* )<br>)<br>Defendants. )<br>) | Case No.: 1:24-cv-1823 |

### ORDER

Upon consideration of the Motion to Stay Pending Settlement Conference ("Motion"), it hereby:

ORDERED that for good cause the Motion is GRANTED; and it is further

ORDERED that this matter is STAYED until March 7, 2025, and the Moving Defendants shall file their respective responses to the Complaint on or before March 14, 2025.

Dated: _____, 2025

Alexandria, Virginia

_____
Judge, United States District Court for the
Eastern District of Virginia