IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| M CORP DBA 11:59, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:24-cv-1823 (RDA/IDD) |
| INFINITIVE, INC., *et al.*, | ) ) ) |
| Defendants. | ) |

## ORDER

This matter comes before the Court on the parties' Joint Motion to Stay Pending Settlement Conference ("Motion"). Dkt. 48. Upon consideration of the motion, and for good cause shown, it is hereby

ORDERED that the Motion (Dkt. 48) is GRANTED; and it is

FURTHER ORDERED that this action is STAYED until March 7, 2025, and the Moving Defendants shall file their respective responses to the Complaint on or before March 14, 2025.

The Clerk is directed to forward a copy of this Order to counsel of record.

It is SO ORDERED.

Alexandria, Virginia
January 8, 2025

/s/
Rossie D. Alston, Jr.
United States District Judge