UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| M CORP DBA 11:59, <br><br> Plaintiff, <br><br> v. <br><br> INFINITIVE, INC., JOSEPH BRADLEY SHERIDAN, DATABRICKS INC., WILLIAM McKINNEY, CHERYL MILES, AND DOES 1-25, INCLUSIVE. <br><br> Defendants. | Civil Action: 1:24-cv-1823 |

### WAIVER OF THE SERVICE OF SUMMONS

TO:   William McKinney

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from January 2, 2025, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

DATE:   1/28/25

William McKinney
*Printed name of party waiving service of summons*

*Signature of the attorney or unrepresented party*
Robert R. Vieth
*Printed name*

1676 International Drive, Suite 1350, Tysons VA 22102
*Address*

rvieth@hirschlerlaw.com
*E-Mail address*

(703) 584-8900
*Telephone Number*