UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| M CORP DBA 11:59,<br><br>    *Plaintiff*,<br><br>v.<br><br>INFINITIVE, INC., *et al*.<br><br>    *Defendants*. | Civil Action No: 1:24-cv-01823 |

### NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that John W. H. Harding of the law firm Isler Dare, P.C., who is a member in good standing of the Virginia Bar and of this Court, hereby enters his appearance in the above-titled action on behalf of Defendant Infinitive, Inc.

Dated: February 18, 2025

Respectfully submitted,

 /s/ *John W. H. Harding*
_____
John W. H. Harding, VA Bar No. 87602
ISLER DARE, P.C.
1945 Old Gallows Road. Suite 650
Vienna, Virginia 22182
Phone: (703) 748-2690
Facsimile: (703) 748-2695
jharding@islerdare.com
*Counsel for Defendant*
*Infinitive, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of February 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such a notification of such filing (NEF) to the following:

Kegan Andeskie (admitted Pro Hac Vice)
Stacy Landau (admitted Pro Hac Vice)
Nukk Freeman & Cerra
26 Main Street
Chatham, NJ 07928
973-665-9100
kandeskie@nfclegal.com
slandau@nfclegal.com

John Mark Murdock
Potter & Murdock, PC
252 N. Washington St.
Falls Church, VA 22046
703-992-6950
jmurdock@pottermurdock.com

*Counsel for Plaintiff M Corp dba 11:59*

Eric P Burns, VA Bar No. 76554
Alyssa Testo, VA Bar No. 97254
John Remy, VA Bar No. 65863
Jackson Lewis P.C.
11790 Sunrise Valley Drive, Suite 400
Reston, VA 20191
703-483-8300
eric.burns@jacksonlewis.com
john.remy@jacksonlewis.com
alyssa.testo@jacksonlewis.com

*Counsel for Defendant Joseph Bradley Sheridan*

/s/ John W. H. Harding
_____
John W. H. Harding, VA Bar No. 87602
ISLER DARE, P.C.
1945 Old Gallows Road. Suite 650
Vienna, Virginia 22182
Phone: (703) 748-2690
Facsimile: (703) 748-2695
jharding@islerdare.com
*Counsel for Defendant Infinitive, Inc.*