# Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

**Authorized Person(s):** Stacy Landau, Counsel for Plaintiff

**Electronic Device(s):** Laptop

**Purpose and Location Of Use:** Courtroom 301; Settlement Conference; Access to electronic documents and data germane to case.

**Case Name:** M Corp., d/b/a 11:59 v. Joseph Sheridan et. al.

**Case No.:** 1:24-cv-1823

**Date(s) Authorized:** February 27, 2025

**IT Clearance Waived:** _____ (YES)   _____ (NO)

**APPROVED BY:**

Date:_____   _____
United States District/Magistrate/Bankruptcy Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance: _____   _____
IT Staff Member                                   Date(s)

**IT clearance must be completed, unless waived, before court appearance.**