# Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

**Authorized Person(s):** Joseph Bradley Sheridan, Defendant

**Electronic Device(s):** Personal cell phone

**Purpose and Location Of Use:** Location: Magistrate Judge Davis' Chambers/ Purpose: Mr. Sheridan is medical proxy for an ailing family member and is on standby for making healthcare decisions.

**Case Name:** M Corp dba 11:59 v. Infinitive, Inc. et al.

**Case No.:** 1:24-cv-1823-RDA-IDD

**Date(s) Authorized:** February 27, 2025

**IT Clearance Waived:** \_\_\_\_\_ (YES)   \_\_\_\_\_ (NO)

**APPROVED BY:**

Date:_____   _____
United States District/Magistrate/Bankruptcy Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance: _____   _____
IT Staff Member                                          Date(s)

**IT clearance must be completed, unless waived, before court appearance.**