UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| M CORP DBA 11:59<br><br>　　　　Plaintiff,<br><br>v.<br><br>INFINITIVE, INC., et al.<br><br>　　　　Defendants. | Civil Case No.: 1:24-cv-123 |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICEE that the undersigned counsel, who is admitted to practice before the Bar of this Court, hereby enters an appearance as counsel on behalf of Defendants Databricks, Inc., William McKinney and Cheryl Miles.

Dated: March 7, 2025

　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　_____/s/ Robert R. Vieth_____
　　　　　　　　　　　　　　　　　　　Robert R. Vieth, Esq. (VSB No. 24304)
　　　　　　　　　　　　　　　　　　　Hirschler Fleischer, P.C.
　　　　　　　　　　　　　　　　　　　1676 International Dr., Suite 1350
　　　　　　　　　　　　　　　　　　　Tysons, Virginia 22102
　　　　　　　　　　　　　　　　　　　T: 703-584-8900
　　　　　　　　　　　　　　　　　　　F: 703-584-8901
　　　　　　　　　　　　　　　　　　　Email: rvieth@hirschlerlaw.com

　　　　　　　　　　　　　　　　　　　*Counsel for Defendants Databricks, Inc.,*
　　　　　　　　　　　　　　　　　　　*William McKinney and Cheryl Miles*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of March, 2025, a true and correct copy of the foregoing Notice of Appearance was filed electronically with the Clerk of this Court using the Electronic Case Filing System which will send a notice of electronic filing to all counsel of record.

      /s/ Robert R. Vieth
Robert R. Vieth, Esq. (VSB No. 24304)
Hirschler Fleischer, P.C.
1676 International Dr., Suite 1350
Tysons, Virginia 22102
T:  703-584-8900
F:  703-584-8901
Email:  rvieth@hirschlerlaw.com

*Counsel for Defendants* Databricks, Inc., William McKinney and Cheryl Miles

18330678.1  050144.00001