UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **M CORP DBA 11:59**<br><br>Plaintiff,<br><br>v.<br><br>**INFINITIVE, INC., et al.**<br><br>Defendants. | Civil Case No.:  1:24-cv-1823 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned counsel, who is admitted to practice before the Bar of this Court, hereby enters an appearance as counsel on behalf of Defendants Databricks, Inc., William McKinney and Cheryl Miles.

Dated:  March 10, 2025                                Respectfully submitted,

                                                  */s/ Stacey Rose Harris*
Stacey Rose Harris, Esq. (VSB No. 65887)
Hirschler Fleischer, P.C.
1676 International Dr., Suite 1350
Tysons, Virginia 22102
T:  703-584-8900
F:  703-584-8901
Email:  rvieth@hirschlerlaw.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 10th day of March, 2025, a true and correct copy of the foregoing Notice of Appearance was filed electronically with the Clerk of this Court using the Electronic Case Filing System which will send a notice of electronic filing to all counsel of record.

                                                                  */s/ Stacey Rose Harris*
                                   Stacey Rose Harris, Esq. (VSB No. 65887)
                                   Hirschler Fleischer, P.C.
                                   1676 International Dr., Suite 1350
                                   Tysons, Virginia 22102
                                   T:  703-584-8900
                                   F:  703-584-8901
                                   Email:  rvieth@hirschlerlaw.com

                                   *Counsel for Defendants*

18330715.1  050144.00001