**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| M CORP DBA 11:59, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| INFINITIVE, INC., JOSEPH | )    Civil Action No. 1:24-cv-1823 |
| BRADLEY SHERIDAN, | ) |
| DATABRICKS INC., WILLIAM | ) |
| McKINNEY, CHERYL MILES, AND | ) |
| DOES 1-25, INCLUSIVE., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## RULE 7.1 DISCLOSURE OF DATABRICKS, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.1 of the Local Rules for the United States District Court for the Eastern District of Virginia, Defendant Databricks, Inc., by and through its undersigned counsel, states as follows:

Databricks, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Databricks, Inc. is a corporation that is incorporated in Delaware and has its principal place of business in California.

Dated:  March 14, 2025                                    Respectfully submitted,


                                                                    */s/ Robert R. Vieth*
                                                                    Robert R. Vieth (VSB No. 24304)
                                                                    HIRSCHLER FLEISCHER, PC
                                                                    1676 International Dr., Suite 1350
                                                                    Tysons Corner, Virginia 22102
                                                                    T: (703) 584-8366
                                                                    F: (703) 584-8901
                                                                    Email: rvieth@hirschlerlaw.com

                                                                    *Local Counsel for Defendants Databricks, Inc.*

                                                                    *Of counsel:*
                                                                    Daniel J. McCoy, *pro hac vice*
                                                                    dmccoy@fenwick.com
                                                                    FENWICK & WEST LLP
                                                                    801 California Street
                                                                    Mountain View, CA 94041
                                                                    Telephone: (650) 988-8500
                                                                    Facsimile: (650) 938-5200

                                                                    Reanne Swafford-Harris, *pro hac vice*
                                                                    rswaffordharris@fenwick.com
                                                                    FENWICK & WEST LLP
                                                                    730 Arizona Avenue, 1st Floor
                                                                    Santa Monica, CA 90401
                                                                    Telephone: 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
                                                                    Facsimile: 650-938-5200

                                                                    *Counsel for Defendants Databricks, Inc*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 14th day of March 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send notification of such filing (NEF) to all counsel of record.

<u>/s/ Robert R. Vieth</u>
Robert R. Vieth (VSB No. 24304)
HIRSCHLER FLEISCHER, PC
1676 International Dr., Suite 1350
Tysons Corner, Virginia 22102
T: (703) 584-8366
F: (703) 584-8901
Email: rvieth@hirschlerlaw.com

*Local Counsel for Defendants Databricks, Inc.*