IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| M CORP DBA 11:59, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:24-cv-1823 (RDA/IDD) ) ) |
| INFINITIVE, INC., *et al.* | ) ) ) |
| Defendants. | ) |

## ORDER

This matter comes before the Court on its own review of the docket. On March 14, 2025, Defendant Databricks, Inc. ("Databricks") filed its Answer. Dkt. 67. Counsel for Databricks also represents Defendants William McKinney and Cheryl Miles and entered an appearance on their behalf, Dkts. 61; 62, yet no answer appears to have been filed on behalf of Defendants William McKinney and Cheryl Miles. The time to do so has passed. The Court notes that Defendant Databricks' Answer appears to be filed only on behalf of Databricks. Dkt. 67 at 2. Accordingly, it is hereby

ORDERED that Defendants William McKinney and Cheryl Miles are DIRECTED to file any responsive pleading on or before Monday, April 7, 2025. If Defendants fail to do so, they will be referred to the Magistrate Judge for default judgment proceedings.

The Clerk is directed to forward a copy of this Order to counsel of record.

It is SO ORDERED.

Alexandria, Virginia
April __2__, 2025

/s/
Rossie D. Alston, Jr.
United States District Judge