IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| M CORP DBA 11:59,<br><br>    *Plaintiff*,<br><br>    v.<br><br>INFINITIVE, INC., JOSEPH BRADLEY SHERIDAN, DATABRICKS INC., WILLIAM McKINNEY, CHERYL MILES, and DOES 1-25, inclusive,<br><br>    *Defendants*. | Civil Action No. 1:24-cv-1823 |

### JOINT STIPULATION TO DISMISS INDIVIDUAL DEFENDANTS WILLIAM MCKINNEY AND CHERYL MILES

This Joint Stipulation to Dismiss Individual Defendants William McKinney and Cheryl Miles in the above-captioned action ("***Action***") is entered into by and between Plaintiff M Corp DBA 11:59 ("***Plaintiff***") and Defendants Databricks, Inc. ("***Databricks***"), William McKinney ("***McKinney***"), and Cheryl Miles ("***Miles***") (collectively, the "***Databricks Defendants***," and together with Plaintiff, the "***Parties***"), through their respective counsel of record.

**WHEREAS**, on December 20, 2024, Plaintiff filed its First Amended Verified Complaint (the "***Amended Complaint***"), adding the Databricks Defendants as defendants;

**WHEREAS**, in the Amended Complaint, Plaintiff alleges four Counts against the Databricks Defendants, Count V (Conspiracy), Count VI (Tortious Interference with Business Expectancies and/or Contract Relations), Count VII (Aiding and Abetting Breach of Fiduciary Duty), and as to Databricks alone, Count XI (Breach of Contract);

**WHEREAS**, McKinney and Miles have not yet appeared in this Action; and

**WHEREAS**, the Parties have conferred and agree to dismiss McKinney and Miles from this Action without prejudice, subject to the conditions herein.

**NOW, THEREFORE**, the Parties stipulate and agree to the following:

1. Plaintiff hereby agrees to dismiss Defendants William McKinney and Cheryl Miles from this Action without prejudice.

2. Following their dismissal, McKinney and Miles will reasonably cooperate with formal discovery in this Action, specifically:

    a. McKinney and Miles shall provide all documents in their possession, custody or control to Databricks and cooperate with Databricks to ensure Databricks' compliance with its discovery obligations;

    b. McKinney and Miles shall cooperate in good faith with Plaintiff to finalize their respective in-progress declarations; and

    c. McKinney and Miles shall appear for depositions as needed and upon reasonable notice, without the need for subpoenas and otherwise in accordance with the Federal Rules of Civil Procedure and local rules.

3. Plaintiff, McKinney and Miles shall enter into a tolling agreement that tolls the statute of limitations from the date of dismissal until the completion of fact discovery in this matter for any causes of action against Miles and McKinney arising out of Plaintiff's existing or prospective business with Databricks.

4. Defendant Databricks shall not move to dismiss this Action on jurisdictional grounds pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure.

Dated: April 7, 2025                                    Respectfully submitted,

| | |
|---|---|
| */s/ John Murdock* | */s/ Robert R. Vieth* |
| John Murdock, Esq. | Robert R. Vieth (VSB No. 24304) |
| POTTER & MURDOCK | HIRSCHLER FLEISCHER, PC |
| Brian S. Szmak, Esq. | 8270 Greensboro Drive, Suite 700 |
| 252 N. Washington Street | Tysons Corner, Virginia 22102 |
| Falls Church, VA 22046 | T: (703) 584-8903 |
| jmurdock@pottermurdock.com | F: (703) 584-8901 |
| bszmak@pottermurdock.com | Email: rvieth@hf-law.com |
| | |
| Stacy Landau, Esq., *pro hac vice* | *Of counsel:* |
| Kegan S. Andeskie, Esq., *pro hac vice* | Daniel J. McCoy, *pro hac vice* |
| NUKK-FREEMAN & CERRA, P.C. | dmccoy@fenwick.com |
| 26 Main Street, Suite 202 | FENWICK & WEST LLP |
| Chatham, New Jersey 07928 | 801 California Street |
| Tel: (973) 665-9100 | Mountain View, CA 94041 |
| Fax: (973) 665-9101 | Telephone: (650) 988-8500 |
| slandau@nfclegal.com | Facsimile: (650) 938-5200 |
| kandeskie@nfclegal.com | |
| | Reanne Swafford-Harris, *pro hac vice* |
| **Attorneys for Plaintiff M Corp dba 11:59** | rswaffordharris@fenwick.com |
| | FENWICK & WEST LLP |
| | 730 Arizona Avenue, 1st Floor |
| | Santa Monica, CA 90401 |
| | Telephone: 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 |
| | Facsimile: 650-938-5200 |
| | |
| | *Counsel for Defendants Databricks, Inc., William McKinney, and Cheryl Miles* |

18452470.1  050144.00001

3

4937-3388-4977, v. 1