IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| M CORP DBA 11:59,<br><br>*Plaintiff*,<br><br>v.<br><br>INFINITIVE, INC., JOSEPH BRADLEY SHERIDAN, DATABRICKS INC., WILLIAM McKINNEY, CHERYL MILES, and DOES 1-25, inclusive,<br><br>*Defendants*. | Civil Action No. 1:24-cv-1823 |

## ORDER

**WHEREFORE**, pursuant to stipulation of the parties and GOOD CAUSE appearing therefor, it is hereby ordered that the Joint Stipulation to Dismiss Individual Defendants William McKinney and Cheryl Miles set forth above is imposed in this Action.

_____          _____
Date                                                                  Hon. Rossie D. Alston, Jr
                                                                              United States District Judge