IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| M CORP DBA 11:59, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:24-cv-1823 (RDA/IDD) |
| | ) | |
| INFINITIVE, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter comes before the Court on the parties' Joint Stipulation to Dismiss Individual Defendants William McKinney and Cheryl Miles. Dkt. 70. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the action against Defendants William McKinney and Cheryl Miles is DISMISSED WITHOUT PREJUDICE; and it is

FURTHER ORDERED that the terms of the parties' Joint Stipulation (Dkt. 70) are hereby imposed.

The Clerk is directed to forward copies of this Order to counsel of record.

It is SO ORDERED.

Alexandria, Virginia
April 11, 2025

/s/
Rossie D. Alston, Jr.
United States District Judge