IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| M CORP DBA 11:59, | ) |
|     Plaintiff, | ) ) ) ) Case No. 1:24-cv-1823 (RDA/IDD) |
| v. | ) ) |
| INFINITIVE, INC., *et al.* | ) ) |
|     Defendant. | ) |

## **ORDER**

A Fed. R. Civ. P. 16(b) PRETRIAL CONFERENCE will be held on Wednesday, <u>May 7, 2025, at 11:00 a.m</u>. before Magistrate Judge Ivan D. Davis. The parties shall confer prior to this conference to consider the claims, defenses, possibilities of a prompt settlement or resolution of the case, trial before the magistrate judge, to arrange for the disclosures required by Rule 26(a)(1), and develop a discovery plan that will complete discovery by Friday, <u>September 12, 2025.</u> A party may not exceed five (5) non-party, non-expert witness depositions nor serve on any other party more than thirty (30) interrogatories, including parts and subparts, without leave of court. Proposed discovery plans must be filed by the <u>Wednesday one week before the Rule 16(b) pretrial conference</u>.

Motions for Summary Judgment will be due by <u>Friday, September 26, 2025.</u> A final pretrial conference will be set after any motions for summary judgment are resolved. If no party files a motion for summary judgment, then the parties must file a notice or motion with the Court on or before Friday, <u>October 3, 2025</u>, informing the Court that no motion for summary judgment has been filed and that a final pretrial conference should be set.

The parties must electronically file on or before the final pretrial conference the Rule 26(a)(3) disclosures and a list of the exhibits to be used at trial, a list of the witnesses to be called at trial and a written stipulation of uncontested facts. The exhibits themselves or a copy should be exchanged with opposing counsel before the conference. Objections to exhibits must be filed within 10 days after the conference; otherwise the exhibits shall stand admitted in evidence. The original exhibits shall be delivered to the clerk as provided by Local Rule 79(A). <u>Non-expert witnesses and exhibits not so disclosed and listed will not be permitted at trial except for impeachment or rebuttal, and no person may testify whose identity, being subject to disclosure or timely requested in discovery, was not disclosed in time to be deposed or to permit the substance of his knowledge and opinions to be ascertained.</u> The trial of this case will be set for a day certain, typically within 4-8 weeks of the final pretrial conference.

      The parties are instructed that, should any party utilize artificial intelligence for the preparation of any filing, they must identify the use of artificial intelligence in the filing and provide a certification that they have reviewed all citations for accuracy.

      Discovery may begin upon receipt of this Order.

      PERSONAL IDENTIFIERS MUST BE REDACTED FROM ALL PUBLICLY FILED PLEADINGS AND EXHIBITS IN ACCORDANCE WITH LOCAL RULE 7(C).

      It is SO ORDERED.

Alexandria, Virginia  
April 16, 2025

/s/  
Rossie D. Alston, Jr.  
United States District Judge