IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| **M CORP DBA 11:59,** | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No. 1:24-cv-1823 |
| | ) | |
| **INFINITIVE, INC.,** *et al.* | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

**ORDER**

Upon consideration of Defendant Infinitive, Inc.'s ("Defendant") Motion to File Amended Answer and Counterclaims ("Motion"), it is hereby:

ORDERED that for good cause the Motion is GRANTED; and it is further

ORDERED that Defendant shall file its Amended Answer and Affirmative Defenses to the First Amended Complaint and Counterclaims on or before _____, 2025.

Dated: _____, 2025

_____
Judge, United States District Court for the
Eastern District of Virginia