# EXHIBIT 1

**From:** Burns, Eric P. (DC Region) <Eric.Burns@jacksonlewis.com>
**Sent:** Thursday, April 24, 2025 11:14 AM
**To:** John Harding <jharding@islerdare.com>; John Remy <john.remy@jacksonlewis.com>; Micah E. Ticatch <mticatch@islerdare.com>
**Cc:** Testo, Alyssa (DC) <Alyssa.Testo@jacksonlewis.com>
**Subject:** RE: 1159/Infinitive/Sheridan

Thanks very much, John.

**Please note our new address as of January 27 :**



### Eric P. Burns
Attorney at Law

**Jackson Lewis P.C.**
11790 Sunrise Valley Drive
Suite 400
Reston, VA 20191
Direct: (703) 483-8317 | Main: (703) 483-8300
Eric.Burns@jacksonlewis.com | www.jacksonlewis.com

**From:** John Harding <jharding@islerdare.com>
**Sent:** Thursday, April 24, 2025 10:44 AM
**To:** Remy, John M. (DC) <John.Remy@jacksonlewis.com>; Micah E. Ticatch <mticatch@islerdare.com>
**Cc:** Testo, Alyssa (DC) <Alyssa.Testo@jacksonlewis.com>; Burns, Eric P. (DC Region) <Eric.Burns@jacksonlewis.com>
**Subject:** Re: 1159/Infinitive/Sheridan

Hi Team Brad,

Here is a list of documents you all should review re a potential counterclaim against 11:59 / unclean hands defense. I am also attaching all but the highlighted documents (which are too big to send over email)

SHB_RSMF0000008853
SHB_RSMF0000010000
SHB_RSMF0000009044
<mark>SHB_RSMF0000009045</mark>
SHB_RSMF0000009993
<mark>SHB_RSMF0000009994</mark>
<mark>SHB_RSMF0000009995</mark>
SHB_RSMF0000010082

John W. H. Harding

**IslerDare** pc

*Your workplace, our insight*

1945 Old Gallows Road, Suite 650
Tysons Corner
Vienna, Virginia 22182

(703)712-4847 (direct)
(703) 748-2690 (main)

(703) 748 2695 (fax )
jharding@islerdare.com

www.islerdare.com

---

**From:** Remy, John M. (DC) <John.Remy@jacksonlewis.com>
**Sent:** Tuesday, April 22, 2025 3:29 PM
**To:** Micah E. Ticatch <mticatch@islerdare.com>
**Cc:** Testo, Alyssa (DC) <Alyssa.Testo@jacksonlewis.com>; Burns, Eric P. (DC Region) <Eric.Burns@jacksonlewis.com>; John Harding <jharding@islerdare.com>
**Subject:** RE: 1159/Infinitive/Sheridan

Hi Micah,
    Could we do Thursday? Eric and I are free 10-2.

**Please note our new address as of January 27 :**

 **John M. Remy**
Attorney at Law

**Jackson Lewis P.C.**
11790 Sunrise Valley Drive
Suite 400
Reston, VA 20191
Direct: (703) 483-8321 | Main: (703) 483-8300
John.Remy@jacksonlewis.com | www.jacksonlewis.com

**From:** Micah E. Ticatch <mticatch@islerdare.com>
**Sent:** Tuesday, April 22, 2025 2:19 PM
**To:** Remy, John M. (DC) <John.Remy@jacksonlewis.com>
**Cc:** Testo, Alyssa (DC) <Alyssa.Testo@jacksonlewis.com>; Burns, Eric P. (DC Region)

<Eric.Burns@jacksonlewis.com>; John Harding <jharding@islerdare.com>
**Subject:** 1159/Infinitive/Sheridan

John R.,

Do you have time to talk tomorrow about our case? We are likely to bring counterclaims and I want to talk through it with you in advance of the Rule 26 conference.

Thanks,

**Micah E. Ticatch**
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
Direct: 703-663-1308
Fax: 703-748-2695

