# EXHIBIT 2

**From:** Reanne Swafford-Harris <RSwaffordHarris@fenwick.com>
**Sent:** Wednesday, May 14, 2025 12:04 PM
**To:** John Harding <jharding@islerdare.com>; Micah E. Ticatch <mticatch@islerdare.com>; Dan McCoy <DMccoy@fenwick.com>; rvieth@hirschlerlaw.com; John Remy <john.remy@jacksonlewis.com>; Burns, Eric P. (DC Region) <eric.burns@jacksonlewis.com>; Colvin, Alyssa B. (DC) <alyssa.colvin@jacksonlewis.com>; Matthew.Kreiser@jacksonlewis.com
**Subject:** RE: 11:59 v. Infinitive, et al.

Hi, John,

Databricks consents.

Best,

Reanne Swafford-Harris (she/her)
Fenwick | Associate | +1 310-434-5425 | RSwaffordHarris@fenwick.com

**From:** John Harding <jharding@islerdare.com>
**Sent:** Wednesday, May 14, 2025 7:53 AM
**To:** Micah E. Ticatch <mticatch@islerdare.com>; Dan McCoy <DMccoy@fenwick.com>; Reanne Swafford-Harris <RSwaffordHarris@fenwick.com>; rvieth@hirschlerlaw.com; John Remy <john.remy@jacksonlewis.com>; Burns, Eric P. (DC Region) <eric.burns@jacksonlewis.com>; Colvin, Alyssa B. (DC) <alyssa.colvin@jacksonlewis.com>; Matthew.Kreiser@jacksonlewis.com
**Subject:** RE: 11:59 v. Infinitive, et al.

**\*\* EXTERNAL EMAIL \*\***

Databricks and Sheridan Team,

Can you please confirm that you consent to the amended answer/counterclaim. We plan to get this on file today.

John W. H. Harding



1945 Old Gallows Road, Suite 650
Tysons Corner
Vienna, Virginia 22182
(703)712-4847 (direct)
(703) 748-2690 (main)
(703) 748 2695 (fax )
jharding@islerdare.com
www.islerdare.com

**From:** Micah E. Ticatch <mticatch@islerdare.com>
**Sent:** Friday, May 9, 2025 1:58 PM

**To:** John Murdock <jmurdock@pottermurdock.com>; Brian Szmak <bszmak@pottermurdock.com>; Kegan Andeskie <KAndeskie@nfclegal.com>; Stacy Landau <slandau@nfclegal.com>; Sharina Rodriguez <SRodriguez@nfclegal.com>; Dan McCoy <dmccoy@fenwick.com>; RSwaffordHarris@fenwick.com; rvieth@hirschlerlaw.com; John Remy <john.remy@jacksonlewis.com>; Burns, Eric P. (DC Region) <eric.burns@jacksonlewis.com>; Colvin, Alyssa B. (DC) <alyssa.colvin@jacksonlewis.com>; Matthew.Kreiser@jacksonlewis.com
**Cc:** John Harding <jharding@islerdare.com>
**Subject:** 11:59 v. Infinitive, et al.

Counsel,

Attached is a draft amended answer/counterclaim for Infinitive. (The Counterclaims begin on page 69.) Please review and let us know if you will consent to the filing of the amendment.

Thanks,

**Micah E. Ticatch**
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
Direct: 703-663-1308
Fax: 703-748-2695

IslerDare pc
Your workplace, our insight