Date: 5/23/2025                                Judge: Ivan D. Davis
                                               Reporter: FTR

Start: 10:01 a.m.
Finish: 10:09 a.m.

Civil Action Number: 1:24-cv-1823

M Corp d/b/a 11:59

vs.

Infinitive, Inc.

Appearance of Counsel for (x) Pltf (x) Deft

Motion argued and:

[77] Motion for Leave to File Amended Answer – GRANTED.


Order to follow.