IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| M CORP d/b/a 11:59, | ) |
| Plaintiff, | ) ) ) ) ) |
| v. | ) Civil Action No. 1:24-cv-1823 (RDA/IDD) |
| INFINITIVE, INC. *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

**ORDER**

FOR REASONS stated from the bench and in accord with specific rulings and instructions thereto, it is hereby

ORDERED that Defendant Infinitive Inc.'s Motion for Leave to File Amended Answer and Counterclaims [Dkt. No. 77] is **GRANTED**. It is further

ORDERED that Defendant Infinitive Inc.'s Proposed Amended Answer and Counterclaims [Dkt. No. 77-1] is hereby deemed the operative responsive pleading in this matter.

ENTERED this 23rd day of May 2025.

Alexandria, Virginia

/s/
Ivan D. Davis
United States Magistrate Judge