AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-CV-01823-RDA-IDD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Alison Moye

was received by me on *(date)* _____ .

☒ I personally served the summons on ~~the individual at~~ *(place)* Stacy Landau, Counsel for Alison Moye, by agreement.
_____ on *(date)* May 28, 2025 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: May 28, 2025

*Server's signature*

Micah E. Ticatch, Counsel for Infinitive, Inc.
*Printed name and title*

1945 Old Gallows Rd., Ste. 650, Vienna, Va. 22182
*Server's address*

Additional information regarding attempted service, etc: