**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **M CORP DBA 11:59,** | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| **v.** | )   **Case No. 1:24-cv-1823** |
| | ) |
| **INFINITIVE, INC.,** *et al.* | ) |
| | ) |
| *Defendants*. | ) |
| _____ | ) |

**CONSENT MOTION OF THE PARTIES TO EXTEND TIME TO RESPOND TO THE**
**FIRST AMENDED ANSWER AND COUNTERCLAIMS**

COMES NOW Plaintiff/Counterclaim Defendant M Corp DBA 11:59 ("11:59"), and

Counterclaim Defendant Alison Moye ("Moye") by their undersigned joint counsel with the

consent of Defendant/Counterclaim Plaintiff Infinitive, Inc. ("Infinitive"), to move for an

extension of time to respond to Infinitive's First Amended Answer and Counterclaims for the

reasons set forth below:

1.      Moye is a new party to this litigation, originally initiated by a Verified Complaint

on October 15, 2024.  Moye was added as a party by way of Infinitive's Counterclaims, filed on

May 23, 2025.  Moye was served with summons on May 28, 2025.

2.       Moye has retained the undersigned counsel for 11:59, her employer, to represent

her in this litigation.

3.      Moye's response to the Counterclaims is due on June 18, 2025.

4.      11:59's response to the Counterclaims is due on June 13, 2025.

5.      11:59 and Moye request an extension of time to June 27 to respond to Infinitive's

First Amended Answer and Counterclaims.

6.      The request is made to enable counsel for 11:59 and Moye to confer with Moye and conduct due diligence in preparation of her response to Infinitive's First Amended Answer and Counterclaims and align the due dates for the convenience of the parties.

7.      Counsel for Counterclaim Defendants 11:59 and Moye and Defendant/Counterclaim Plaintiff Infinitive have fully discussed the requested extension, and Infinitive has consented to the request.

8.      Counsel for all other parties have been consulted and consent to the motion.

9.      The request is not made for purposes of delay and will not delay the case or cause prejudice to any party.

10.     All parties waive hearing.

For the foregoing reasons 11:59 and Moye request that this Motion be granted.

POTTER & MURDOCK

 /s/John M. Murdock
John M. Murdock, Esq. (VSB#26647)
(703) 992-6950
jmurdock@pottermurdock.com
Brian S. Szmak (VSB#92555)
(202) 798-6053
bszmak@pottermurdock.com
POTTER & MURDOCK, P.C.
252 N. Washington Street
Falls Church, VA  22046

NUKK-FREEMAN & CERRA, P.C.
Stacy Landau, Esq. (Pro Hac Vice)
slandau@nfclegal.com
Kegan S. Andeskie, Esq. (Pro Hac Vice)
kandeskie@nfclegal.com
26 Main Street, Suite 202
Chatham, New Jersey 07928
 Tel: (973) 665-9100
*Attorneys for Plaintiff/Counterclaim Defendant*
*M Corp dba 11:59, and Counterclaim Defendant*
*Alison Moye*

4903-8689-6456, v. 1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT** on this 2nd day of June 2025, a true and correct copy of

the foregoing was served by electronic mail on the following:

Micah E. Ticatch, Esq.
Joseph W.H. Harding, Esq.
ISLERDARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, VA 22182
mticatch@islerdare.com
jharding@islerdare.com
*Attorneys for Defendant Infinitive, Inc.*

John M. Remy, Esq.
Eric P. Burns, Esq.
Alyssa B. Testo, Esq.
JACKSON LEWIS, P.C.
10701 Parkridge Blvd., Suite 300
Reston, VA 20191
john.remy@jacksonlewis.com
eric.burns@jacksonlewis.com
alyssa.testo@jacksonlewis.com
*Attorneys for Defendant Joseph Bradley
Sheridan*

Robert R. Vieth, Esq. (VSB No. 24304)
HIRSCHLER FLEISCHER, P.C.
1676 International Dr., Suite 1350
Tysons Corner, VA 22102
Telephone: (703) 584-8900
Facsimile: (703) 584-8901
Email: rvieth@hirschlerlaw.com
*Local Counsel for Defendant Databricks, Inc.*

Daniel J. McCoy, pro hac vice
dmccoy@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200
*Counsel for Defendants Databricks, Inc.*

4903-8689-6456, v. 1

Reanne Swafford-Harris, pro hac vice
rswaffordharris@fenwick.com
FENWICK & WEST LLP
730 Arizona Avenue
1st Floor
Santa Monica, CA 90401
Telephone: 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
Facsimile: 650-938-5200
*Counsel for Defendants Databricks, Inc.*

/s/John M. Murdock
John M. Murdock