## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | | |
|---|---|---|
| **M CORP DBA 11:59,** | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No. 1:24-cv-1823 |
| | ) | |
| **INFINITIVE, INC.,** *et al.* | ) | |
| | ) | |
| *Defendants*. | ) | |
| | ) | |

### ORDER

The Court having been fully informed of the premises for the Consent Motion of the Parties to Extend Time to Respond to the First Amended Answer and Counterclaims, and having considered the same, it HEREBY:

GRANTS the motion and extends to June 27, 2025, the time for Counterclaim Defendants to respond to the First Amended Answer and Counterclaims.

Alexandria, Virginia

Date: _____

_____
Judge