IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| M CORP d/b/a 11:59, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:24-cv-1823 (RDA/IDD) |
| | ) |
| INFINITIVE, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court on Consent Motion of the Parties to Extend Time to Respond to the First Amended Answer and Counterclaims ("Motion") [Dkt. No. 89]. This matter can be resolved without oral argument, as such argument would not aid the decisional process. Upon consideration of the Motion and for good cause shown, it is hereby

ORDERED that the Motion is **GRANTED**. The Counterclaim Defendants, M Corp d/b/a 11:59 and Alison Moye, shall respond to the First Amended Answer and Counterclaims no later than June 27, 2025.

ENTERED this 3rd day of June 2025.

                                                                                                             /s/
                                                                 Ivan D. Davis
                                                                 United States Magistrate Judge

Alexandria, Virginia