IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

| | |
|---|---|
| **M CORP DBA 11:59,** | ) |
| *Plaintiff* | ) ) ) |
| v. | ) Case No. 1:24-cv-1823 |
| **INFINITIVE, INC.,** *et al.* | ) ) ) |
| *Defendants.* | ) ) |

**ORDER**

Upon consideration of Defendant Infinitive, Inc.'s ("Defendant") Motion to Compel Disclosure ("Motion"), it is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that within 3 days of this Order, 11:59 shall disclose all computations and calculations of its monetary damages claim and copies of all documents it has relied on in making those calculations; and it is further

ORDERED that within 3 days of this Order, Counter-Defendants 11:59 and Alison Moye shall provide the disclosures required under Rule 26(a)(1) regarding Infinitive's Counterclaims; and it is further

ORDERED that Defendant Infinitive is entitled to an award of attorneys' fees in bringing the Motion. Counsel for Infinitive shall submit an affidavit regarding the amount of reasonable fees incurred in bringing the Motion with 3 days of this Order.

Dated: _____, 2025

_____
Judge, United States District Court for the
Eastern District of Virginia