# EXHIBIT C

**From:** Stacy Landau <slandau@nfclegal.com>
**Sent:** Wednesday, May 28, 2025 12:31 PM
**To:** Micah E. Ticatch <mticatch@islerdare.com>; Kegan Andeskie <KAndeskie@nfclegal.com>
**Cc:** John Harding <jharding@islerdare.com>
**Subject:** Re: Initial Disclosures

Yes

Get Outlook for iOS

**Stacy Landau, Esq.** | Counsel

Chatham Executive Center | 26 Main Street | Suite 202 | Chatham | NJ | 07928
Office 973.665.9100 | Direct 973.507.7622| Fax 973.665.9101
**slandau@nfclegal.com** | **nfclegal.com**
Bar admissions: NJ, NY



**Employment Law Solutions That Work.**

**WBENC Certified and
a Proud Member of NAMWOLF**

This message is intended solely for the use of the individual or entity to which it is addressed and may contain information that is confidential, privileged and/or exempt by law from disclosure. If you are not the intended recipient, you are hereby notified that any further dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately and delete all copies. Thank you.

**From:** Micah E. Ticatch <mticatch@islerdare.com>
**Sent:** Wednesday, May 28, 2025 11:52:50 AM
**To:** Stacy Landau <slandau@nfclegal.com>; Kegan Andeskie <KAndeskie@nfclegal.com>
**Cc:** John Harding <jharding@islerdare.com>
**Subject:** Initial Disclosures

<mark>EXTERNAL MESSAGE</mark>

Circling back on this issue.  Are we getting updated disclosures/damages documents today or tomorrow?

**Micah E. Ticatch**
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
Direct: 703-663-1308
Fax: 703-748-2695

