# EXHIBIT E

**From:** John Harding <jharding@islerdare.com>
**Sent:** Wednesday, June 11, 2025 11:21 AM
**To:** Stacy Landau <slandau@nfclegal.com>; Brenda Widman <BWidman@nfclegal.com>
**Cc:** Micah E. Ticatch <mticatch@islerdare.com>; John Remy <john.remy@jacksonlewis.com>; Burns, Eric P. (DC Region) <eric.burns@jacksonlewis.com>; Kegan Andeskie <KAndeskie@nfclegal.com>; Sharina Rodriguez <SRodriguez@nfclegal.com>; Mehgan Heintz <MHeintz@nfclegal.com>; Dan McCoy <dmccoy@fenwick.com>; rswaffordharris@fenwick.com; rvieth@hirschlerlaw.com; sharris@hirschlerlaw.com; Megan Cave <mcave@islerdare.com>
**Subject:** RE: 11:59 v. Infinitive - Amended Initial Disclosure

Hi Stacy,

Unfortunately, agreement of the parties alone cannot modify a discovery deadline in EDVA. We are happy to consent to a motion requesting an extension if you can confirm that both 11:59 and Ms. Moye will serve their disclosures by Friday. Please let me know if you have any questions or would like to discuss further.

Thanks,
John

John W. H. Harding

**IslerDare** pc
*Your workplace, our insight*

1945 Old Gallows Road, Suite 650
Tysons Corner
Vienna, Virginia 22182
(703)712-4847 (direct)
(703) 748-2690 (main)
(703) 748 2695 (fax )
jharding@islerdare.com
www.islerdare.com

**From:** Stacy Landau <slandau@nfclegal.com>
**Sent:** Wednesday, June 11, 2025 9:54 AM
**To:** John Harding <jharding@islerdare.com>; Brenda Widman <BWidman@nfclegal.com>
**Cc:** Micah E. Ticatch <mticatch@islerdare.com>; John Remy <john.remy@jacksonlewis.com>; Burns, Eric P. (DC Region) <eric.burns@jacksonlewis.com>; Kegan Andeskie <KAndeskie@nfclegal.com>; Sharina Rodriguez <SRodriguez@nfclegal.com>; Mehgan Heintz <MHeintz@nfclegal.com>; Dan McCoy <dmccoy@fenwick.com>; rswaffordharris@fenwick.com; rvieth@hirschlerlaw.com; sharris@hirschlerlaw.com; Megan Cave <mcave@islerdare.com>
**Subject:** RE: 11:59 v. Infinitive - Amended Initial Disclosure

Counsel,

We will have them to you by the end of this week.

**Stacy Landau, Esq.** | Counsel

Chatham Executive Center | 26 Main Street | Suite 202 | Chatham | NJ | 07928
Office 973.665.9100 | Direct 973.507.7622| Fax 973.665.9101
slandau@nfclegal.com | nfclegal.com
Bar admissions: NJ, NY



Employment Law Solutions That Work.

**WBENC Certified and
a Proud Member of NAMWOLF**

This message is intended solely for the use of the individual or entity to which it is addressed and may contain information that is confidential, privileged and/or exempt by law from disclosure. If you are not the intended recipient, you are hereby notified that any further dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately and delete all copies. Thank you.

**From:** John Harding <jharding@islerdare.com>
**Sent:** Tuesday, June 10, 2025 9:50 AM
**To:** Brenda Widman <BWidman@nfclegal.com>
**Cc:** Micah E. Ticatch <mticatch@islerdare.com>; John Remy <john.remy@jacksonlewis.com>; Burns, Eric P. (DC Region) <eric.burns@jacksonlewis.com>; Kegan Andeskie <KAndeskie@nfclegal.com>; Stacy Landau <slandau@nfclegal.com>; Sharina Rodriguez <SRodriguez@nfclegal.com>; Mehgan Heintz <MHeintz@nfclegal.com>; Dan McCoy <dmccoy@fenwick.com>; rswaffordharris@fenwick.com; rvieth@hirschlerlaw.com; sharris@hirschlerlaw.com; Megan Cave <mcave@islerdare.com>
**Subject:** RE: 11:59 v. Infinitive - Amended Initial Disclosure

**EXTERNAL MESSAGE**

Counsel,

We didn't receive amended disclosures from Counter-Defendants by the deadline provided in the Scheduling Order. Please provide those as soon as possible.

Thanks,
John

John W. H. Harding

**IslerDare** pc
*Your workplace, our insight*

1945 Old Gallows Road, Suite 650
Tysons Corner
Vienna, Virginia 22182
(703)712-4847 (direct)
(703) 748-2690 (main)
(703) 748 2695 (fax )
jharding@islerdare.com
www.islerdare.com

**From:** John Harding
**Sent:** Friday, June 6, 2025 5:00 PM
**To:** Brenda Widman <bwidman@nfclegal.com>
**Cc:** Micah E. Ticatch <mticatch@islerdare.com>; John Harding <jharding@islerdare.com>; John Remy <john.remy@jacksonlewis.com>; Burns, Eric P. (DC Region) <eric.burns@jacksonlewis.com>; Kegan Andeskie <KAndeskie@nfclegal.com>; Stacy Landau <slandau@nfclegal.com>; Sharina Rodriguez <SRodriguez@nfclegal.com>; Mehgan Heintz <MHeintz@nfclegal.com>; Dan McCoy <dmccoy@fenwick.com>; rswaffordharris@fenwick.com; rvieth@hirschlerlaw.com; sharris@hirschlerlaw.com; Megan Cave <mcave@islerdare.com>
**Subject:** 11:59 v. Infinitive - Amended Initial Disclosure

Counsel:

Please find attached Infinitive's Amended Initial Disclosure to account for its counterclaims.

Below is a link to a related production with the bates range of INF003200 – INF003265. This production contains documents labeled "confidential" and "confidential – attorneys eyes only" pursuant to the protective order.

https://islerdare.sharefile.com/f/fo45395a-58e5-4c42-ba3e-ff10cb17ab3b

Thanks,
John

John W. H. Harding

**IslerDare** pc
*Your workplace, our insight*

1945 Old Gallows Road, Suite 650
Tysons Corner
Vienna, Virginia 22182

(703)712-4847 (direct)
(703) 748-2690 (main)
(703) 748 2695 (fax )
jharding@islerdare.com
www.islerdare.com