# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| **M CORP DBA 11:59,** | ) |
| *Plaintiff*, | ) |
| v. | ) Case No. 1:24-cv-1823 |
| **INFINITIVE, INC.,** *et al.* | ) |
| *Defendants.* | ) |

## NOTICE OF HEARING

Please take notice that on Friday, June 20, 2025, at 10:00 a.m. or as soon thereafter as counsel may be heard, Defendant Infinitive, Inc. ("Infinitive"), through undersigned counsel, will appear before this Honorable Court, in the United States District Courthouse, 401 Courthouse Square, Alexandria, Virginia, 22314, and request the Court to rule on Infinitive's Motion to Compel Disclosure.

Dated: June 11, 2025

Respectfully submitted,

/s/ Micah E. Ticatch
Micah E. Ticatch, Va. Bar No. 83351
John W. H. Harding, Va. Bar No. 87602
ISLER DARE, P.C.
1945 Old Gallows Road. Suite 650
Vienna, Virginia 22182
Phone: (703) 748-2690
Facsimile: (703) 748-2695
mticatch@islerdare.com
jharding@islerdare.com

*Counsel for Infinitive, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of June 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

/s/ Micah E. Ticatch
Micah E. Ticatch, Va. Bar No. 83351
ISLER DARE, P.C.
1945 Old Gallows Road. Suite 650
Vienna, Virginia 22182
Phone: (703) 748-2690
Facsimile: (703) 748-2695
mticatch@islerdare.com

*Counsel for Infinitive, Inc.*