IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| M CORP DBA 11:59, | : |
| Plaintiff, | : |
| v. | : Civil Action: 1:24-cv-1823 |
| INFINITIVE, INC., JOSEPH BRADLEY SHERIDAN, DATABRICKS INC., WILLIAM McKINNEY, CHERYL MILES, AND DOES 1-25, INCLUSIVE. | : |
| Defendants. | : |
| INFINITIVE, INC. | : |
| Counter-Plaintiff, | : |
| vs. | : |
| M CORP DBA 11:59 and ALISON MOYE, | : |
| Counter-Defendants. | : |

## ORDER

The Court having been fully informed of and considered the premises for the Consent Motion of the Parties to Extend Time for Counterclaim Defendants to provide Rule 26(b) Disclosures to the parties. HEREBY:

GRANTS the motion and extends to June 13, 2025, the time for Counterclaim Defendants to provide Rule 26(b) Disclosures to the parties.

Alexandria, Virginia

Date: _____                                      _____
                                                    United States District Judge