# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| **M CORP DBA 11:59,** ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Case No. 1:24-cv-1823 |
| ) | |
| **INFINITIVE, INC.,** *et al.* ) | |
| ) | |
| *Defendants.* ) | |
| ) | |

## INFINITIVE INC.'S MOTION TO COMPEL
## COMPLETE INTERROGATORY RESPONSES

Pursuant to Rule 37(a)(3)(B)(iii), Defendant Infinitive, Inc. ("Infinitive") moves for an order compelling Plaintiff to fully respond to Infinitive's Interrogatory Nos. 1-6, 8, 10, 11, and 13; and for an award of its fees in bringing this Motion. Pursuant to Local Rule 37(E), Infinitive certifies it has spoken to Counsel for Plaintiff and made a good-faith effort to resolve the subject matter of this Motion prior to its filing.

| | |
|---|---|
| Dated: June 12, 2025 | Respectfully submitted, |
| | |
| | /s/ Micah E. Ticatch |
| | Micah E. Ticatch, Va. Bar No. 83351 |
| | John W. H. Harding, Va. Bar No. 87602 |
| | ISLER DARE, P.C. |
| | 1945 Old Gallows Road. Suite 650 |
| | Vienna, Virginia 22182 |
| | Phone: (703) 748-2690 |
| | Facsimile: (703) 748-2695 |
| | mticatch@islerdare.com |
| | jharding@islerdare.com |
| | *Counsel for Infinitive, Inc.* |

## CERTIFICATE OF SERVICE

      I hereby certify that on this 12th day of June 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

      /s/ Micah E. Ticatch
Micah E. Ticatch, Va. Bar No. 83351
ISLER DARE, P.C.
1945 Old Gallows Road. Suite 650
Vienna, Virginia 22182
Phone: (703) 748-2690
Facsimile: (703) 748-2695
mticatch@islerdare.com

*Counsel for Infinitive, Inc.*