# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | | |
|---|---|---|
| **M CORP DBA 11:59,** | ) | |
| | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Case No. 1:24-cv-1823 |
| | ) | |
| **INFINITIVE, INC.,** *et al.* | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

## ORDER

Upon consideration of Defendant Infinitive, Inc.'s ("Infinitive") Motion to Compel Complete Interrogatory Responses ("Motion"), it is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that within 7 days of this Order, 11:59 shall provide full and complete responses to Infinitive's Interrogatory Nos. 1-6, 8, 10, 11, and 13; and it is further

ORDERED that Infinitive is entitled to an award of attorneys' fees in bringing the Motion. Counsel for Infinitive shall submit an affidavit regarding the amount of reasonable fees incurred in bringing the Motion with 3 days of this Order.

Dated: _____, 2025

_____
Judge, United States District Court for the
Eastern District of Virginia