IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| M CORP d/b/a 11:59, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:24-cv-1823 (RDA/IDD) |
| INFINITIVE, INC., *et al.*, | ) |
| Defendants, | ) |
| v. | ) |
| ALISON MOYE, *et al.*, | ) |
| Counter-Defendants. | ) |

**ORDER**

This matter is before the Court on Consent Motion of the Parties to Extend Time for Counter-Defendants to Provide Rule 26(a) Disclosures ("Motion") [Dkt. No. 94]. This matter can be resolved without oral argument, as such argument would not aid the decisional process. Upon consideration of the Motion and for good cause shown, based upon excusable neglect for filing the Motion after the June 6, 2025 deadline for Rule 26(a) Disclosures, it is hereby

ORDERED that the Motion is **GRANTED**. The Counterclaim Defendants, Ms. Alison Moye and M Corp d/b/a 11:59 shall serve Rule 26(a) Disclosures no later than June 13, 2025.

ENTERED this 13th day of June 2025.

_____/s/_____
Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia