**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **M CORP DBA 11:59** | : |
| | : |
| *Plaintiff,* | : |
| | : |
| v. | : Case No. 1:24-cv-1823 |
| | : |
| **INFINITIVE, INC.,** *et al*. | : |
| | : |
| *Defendants.* | : |
| | : |
| | : |
| | : |

## NOTICE OF APPEARANCE

THE CLERK will please note the appearance of Kenneth M. Bledsoe, from the law firm of Jackson Lewis P.C., 11790 Sunrise Valley Drive, Suite 400, Reston, Virginia 20191, as counsel on behalf of Defendant Joseph Bradley Sheridan in the above-captioned matter.

Date: June 16, 2025                                    Respectfully submitted

                                                                **JACKSON LEWIS P.C.**


                                                                */s/ Kenneth M. Bledsoe*
                                                                Kenneth M. Bledsoe (VA Bar 88224)
                                                                11790 Sunrise Valley Drive., Suite 400
                                                                Reston, Virginia 20191
                                                                (703) 483-8330 (Telephone)
                                                                (703) 483-8301 (Facsimile)
                                                                kenneth.bledsoe@jacksonlewis.com

                                                                *Counsel for Defendant Joseph Bradley*
                                                                *Sheridan*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of June 2025, a copy of the foregoing was filed through the Court's electronic case filing (ECF) system which will then send a notification of such filing to all counsel of record.

*/s/ Kenneth M. Bledsoe*
Kenneth M. Bledsoe (VA Bar 88224)
**JACKSON LEWIS P.C.**
11790 Sunrise Valley Drive, Suite 400
Reston, VA 20191
(703) 483-8330 (Telephone)
(703) 483-8301 (Facsimile)
Kenneth.Bledsoe@jacksonlewis.com

*Counsel for Defendant Joseph Bradley Sheridan*