# EXHIBIT E

**From:** Stacy Landau <slandau@nfclegal.com>
**Sent:** Friday, June 13, 2025 6:15 PM
**To:** John Harding <jharding@islerdare.com>; Micah E. Ticatch <mticatch@islerdare.com>; Burns, Eric P. (DC Region) <eric.burns@jacksonlewis.com>; John Remy <john.remy@jacksonlewis.com>; Dan McCoy <dmccoy@fenwick.com>; Robert Vieth <rvieth@hirschlerlaw.com>; Reanne Swafford-Harris <RSwaffordHarris@fenwick.com>
**Cc:** Sharina Rodriguez <SRodriguez@nfclegal.com>; Brenda Widman <BWidman@nfclegal.com>; Mehgan Heintz <MHeintz@nfclegal.com>; Kegan Andeskie <KAndeskie@nfclegal.com>
**Subject:** Revision to Restricted Client list

Counsel,

Early in this matter, 11:59, Sheridan, and Infinitive agreed to the clients who would be Restricted for purposes of the Preliminary Injunction.  Although 11:59 offered Defendants the opportunity to object to any client on the list, no specific objections were made at that time.  Recently, in response to 11:59's interrogatory, Mr. Sheridan provided a list of clients from the Restricted Client list whom he alleges he did not service while employed by 11:59.  11:59 disputes that Mr. Sheridan did not service these clients.  However, in in the spirit of compromise and narrowing the issues in this matter, 11:59 will agree to remove certain clients from the Restricted List.  This reduction in the Restricted Client list applies both to the restrictions contained in the Stipulated Preliminary Injunction and to discovery requests relating to the Restricted Client list.  Please see the attached revised Restricted Client list which continues to be marked AEO, but can continue to be shared with the "Plus" individuals who previously agreed to treat it confidentially, pursuant to the Protective Order.  Please be in touch with any questions.

Stacy Landau, Esq.  |  Counsel

Chatham Executive Center | 26 Main Street | Suite 202 | Chatham | NJ | 07928
Office 973.665.9100 | Direct 973.507.7622| Fax 973.665.9101
[slandau@nfclegal.com](mailto:slandau@nfclegal.com) | **nfclegal.com**
Bar admissions: NJ, NY

**Employment Law Solutions That Work.**

**WBENC Certified and
a Proud Member of NAMWOLF**

This message is intended solely for the use of the individual or entity to which it is addressed and may contain information that is confidential, privileged and/or exempt by law from disclosure. If you are not the intended recipient, you are hereby notified that any further dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately and delete all copies. Thank you.