Date: 6/20/2025             Judge: Ivan D. Davis
                                         Reporter: FTR

Start: 10:48 a.m.
Finish: 12:24 p.m.

Civil Action Number: 1:24-cv-1823

M Corp d/b/a 11:59

vs.

Infinitive, Inc.

Appearance of Counsel for (x) Pltf (x) Deft

Motion argued and:

[91] Motion to Compel Disclosure by Infinitive – granted in part and denied in part.

[95] Motion to Compel Complete Interrogatory Responses – granted in part and denied in part.

Order to follow.