UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

| | | |
|---|---|---|
| M CORP DBA 11:59, | : | |
| | : | Civil Action: 1:24-cv-1823 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| INFINITIVE, INC., JOSEPH BRADLEY SHERIDAN, DATABRICKS INC., WILLIAM McKINNEY, CHERYL MILES, AND DOES 1-25, INCLUSIVE. | : | |
| | : | |
| Defendants. | : | |
| | : | |
| INFINITIVE, INC. | : | |
| | : | |
| Counter-Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| M CORP DBA 11:59 and ALISON MOYE, | : | |
| | : | |
| Counter-Defendants. | : | |

**ORDER**

Upon consideration of Plaintiff/Counter-Defendant M Corp DBA 11:59 and Counter-Defendant Alison Moye's Motion to Dismiss Counter-Plaintiff Infinitive, Inc.'s Counterclaim ("Motion"), it is hereby:

**ORDERED** that for good cause the Motion is **GRANTED** dismissing Counter-Plaintiff Infinitive, Inc.'s Counterclaims in their entirety with prejudice.

DATED:

_____
Judge Rossie D. Alston, Jr., U.S.D.J.