# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| M CORP DBA 11:59, | : |
| Plaintiff, | : Civil Action: 1:24-cv-1823 |
| v. | : |
| INFINITIVE, INC., JOSEPH BRADLEY SHERIDAN, DATABRICKS INC., WILLIAM McKINNEY, CHERYL MILES, AND DOES 1-25, INCLUSIVE. | : |
| Defendants. | : |
| INFINITIVE, INC. | : |
| Counter-Plaintiff, | : |
| vs. | : |
| M CORP DBA 11:59 and ALISON MOYE, | : |
| Counter-Defendants. | : |

**COUNTER-DEFENDANTS, ALISON MOYE and M CORP d/b/a 11:59's, SUPPLEMENTAL MOTION TO DISMISS COUNTER-PLAINTIFF, INFINITIVE'S, COUNTERCLAIMS**

Plaintiff/Counter-Defendant and Movant, M Corp d/b/a 11:59 and Counter-Defendant Alison Moye, move this Honorable Court to dismiss Defendant/Counter-Plaintiff Infinitive Inc.'s Counterclaims (Docket Entry 86) for failure to state a claim, pursuant to Fed. R. Civ. P. 12(B)(6) **and 12(B)(2)**, for the reasons set out in their Memorandum in Support filed contemporaneously.

[*Signatures on next page.*]

Respectfully submitted,

**POTTER & MURDOCK**
*Attorneys for Plaintiff/Counter-Defendant M Corp dba 11:59 and Counter-Defendant Alison Moye*

By: /s/ John M. Murdock
John M. Murdock, Esq.
Brian S. Szmak, Esq.
252 N. Washington Street
Falls Church, VA  22046
jmurdock@pottermurdock.com
bszmak@pottermurdock.com
Telephone: (703) 992-6950

**NUKK-FREEMAN & CERRA, P.C.**
*Attorneys for Plaintiff M Corp dba 11:59*

By: _____
Kegan S. Andeskie, Esq.
Stacy Landau, Esq.
26 Main Street, Suite 202
Chatham, NJ, 07928
kandeskie@nfclegal.com
slandau@nfclegal.com
Tel.: (973) 665-9100
Fax: (973) 665-9101

DATED:  June 27, 2026

2

## CERTIFICATION OF SERVICE

I hereby certify that on this 27th day of June 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record. I also caused a copy of the foregoing to be served upon the following by electronic mail:

Micah E. Ticatch, Esq.
John W.H. Harding, Esq.
ISLER DARE, P.C.
1945 Old Gallows Road. Suite 650
Vienna, Virginia 22182
mticatch@islerdare.com
jharding@islerdare.com
*Attorneys for Defendant Infinitive, Inc.*

John M. Remy, Esq.
Eric P. Burns, Esq.
Kenneth Bledsoe, Esq.
JACKSON LEWIS, P.C.
10701 Parkridge Blvd., Suite 300
Reston, VA  20191
John.Remy@jacksonlewis.com
Eric.Burns@jacksonlewis.com
Kenneth.Bledsoe@jacksonlewis.com
*Attorneys for Defendant Joseph Bradley Sheridan*

Daniel McCoy, Esq.
FENWICK & WEST LLP
801 California Street
Mountain View, CA  94041
dmccoy@fenwick.com
*Attorneys for Defendant Databricks Inc.*

Reanne Swafford-Harris, Esq.
FENWICK & WEST LLP
730 Arizona Avenue, 1st Floor
Santa Monica, CA  90401
rswaffordharris@fenwick.com
*Attorneys for Defendant Databricks Inc.*

Robert R. Vieth, Esq.
Stacey Rose Harris, Esq.
HIRSCHLER FLEISCHER, PC
1676 International Dr., Suite 1350
Tysons Corner, Virginia 22102
rvieth@hirschlerlaw.com
sharris@hirschlerlaw.com
*Attorneys for Defendant Databricks Inc.*

DATED:  June 27, 2025

Respectfully submitted,

**POTTER & MURDOCK**
*Attorneys for Plaintiff/Counter-Defendant M Corp dba 11:59 and Counter-Defendant Alison Moye*

By: _/s/ John M. Murdock_____
    John M. Murdock, Esq.

3