IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **M CORP DBA 11:59,** | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) Case No. 1:24-cv-1823 |
| | ) |
| **INFINITIVE, INC.,** *et al.* | ) |
| | ) |
| *Defendants.* | ) |
| | ) |

**ORDER**

Upon consideration of the Joint Motion to Extend Time to Produce ESI Documents ("Motion"), it hereby:

ORDERED that for good cause the Motion is GRANTED; and it is further

ORDERED that the deadline for each of the parties' production of ESI Documents for any currently outstanding Rule 34 request is extended to July 14, 2025.

Dated: _____, 2025

Alexandria, Virginia

_____
Judge, United States District Court for the
Eastern District of Virginia

1