IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| M CORP d/b/a 11:59, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:24-cv-1823 RDA/IDD |
| | ) |
| INFINITIVE INC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on Joint Motion to Extend Time to Produce ESI Documents ("Motion") [Dkt. No. 111]. This matter can be resolved without oral argument, as such argument would not aid the decisional process. Upon consideration of the Motion and for good cause shown, it is hereby

ORDERED that the Motion is **GRANTED.** Each of the parties in this matter shall produce ESI documents for any currently outstanding Rule 34 requests no later than July 14, 2025.

ENTERED this 1st day of July 2025.

_____/s/_____
Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia