IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

| | |
|---|---|
| **M CORP DBA 11:59,** ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Case No. 1:24-cv-1823 |
| ) | |
| **INFINITIVE, INC.,** *et al.* ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties in the above action agree and stipulate to the dismissal of all claims and counterclaims in the above action WITHOUT PREJUDICE.

Dated: August 4, 2025

/s/ John M. Murdock
John M. Murdock
Virginia Bar No. 26647
Brian S. Szmak
Virginia Bar No. 92555
Counsel for Plaintiff
POTTER & MURDOCK, P.C.
252 N. Washington Street
Falls Church, VA 22046
Telephone: (703) 992-6950
jmurdock@pottermurdock.com
bszmak@pottermurdock.com

Kegan S. Andeskie (admitted Pro Hac Vice)
Stacy Landau (admitted Pro Hac Vice)
NUKK-FREEMAN & CERRA, P.C.
26 Main Street, Suite 202
Chatham, New Jersey 07928
Tel: (973) 665-9100
Fax: (973) 665-9101

/s/ Micah E. Ticatch
Micah E. Ticatch, (VA Bar No. 83351)
John W.H. Harding (VA Bar No. 87602)
ISLERDARE, PC
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
Telephone: 703-663-1308
Facsimile: 703-748-2695
mticatch@islerdare.com
jharding@islerdare.com
*Counsel for Infinitive, Inc.*

kandeskie@nfclegal.com
slandau@nfclegal.com
*Counsel for M Corp dba 11:59*

*/s/ John M. Remy*
John M. Remy (VA Bar No. 65863)
Eric P. Burns (VA Bar No. 76554)
JACKSON LEWIS P.C.
10701 Parkridge Blvd., Suite 300
Reston, VA  20191
Telephone:  (703) 483-8300
John.Remy@jacksonlewis.com
Eric.Burns@jacksonlewis.com
*Counsel for Joseph Bradley Sheridan*

*/s/ Robert R. Vieth*
Robert R. Vieth (VSB No. 24304)
HIRSCHLER FLEISCHER, PC
1676 International Dr., Suite 1350
Tysons Corner, Virginia 22102
T: (703) 584-8366
F: (703) 584-8901
Email: rvieth@hirschlerlaw.com

Daniel J. McCoy, *pro hac vice*
Reanne Swafford-Harris, *pro hac vice*
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200
dmccoy@fenwick.com
rswaffordharris@fenwick.com

*Counsel for Databricks, Inc., Cheryl Miles, and William McKinney*