IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| M CORP DBA 11:59, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:24-cv-1823 (RDA/IDD) |
| | ) |
| INFINITIVE, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter comes before the Court on the parties' Joint Stipulation of Dismissal Without Prejudice. Dkt. 115. The parties report that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), they agree and stipulate to the dismissal of all claims and counterclaims in this action without prejudice. Accordingly, it is hereby

ORDERED that the action is **DISMISSED WITHOUT PREJUDICE**.

The Clerk is directed to forward copies of this Order to counsel of record and to place this matter among the ended causes.

It is SO ORDERED.

Alexandria, Virginia
August **6**, 2025

/s/
Rossie D. Alston, Jr.
United States District Judge