UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **M CORP DBA 11:59,** | : |
| | : |
|     **Plaintiff,** | :   Civil Action No. 1:24-cv-1823 |
| | :   RDA-IDD |
| **v.** | : |
| | : |
| **INFINITIVE, INC., JOSEPH BRADLEY SHERIDAN, DATABRICKS INC., WILLIAM McKINNEY, CHERYL MILES, AND DOES 1-25, INCLUSIVE** | : |
| | : |
|     **Defendants.** | |

## AGREED ORDER
## DISBURSEMENT OF BOND

THIS MATTER comes before the Court on the Motion of Plaintiff/Counter-Defendant M Corp d/b/a 11:59 ("11:59") for disbursement of funds paid into the Court's registry, and

IT APPEARING that subject to this Court's Order granting Plaintiff's requested Temporary Restraining Order (Dkt. 32), 11:59 paid into the Court's registry the amount of fifty thousand dollars ($50,000.00), (Dkt. 42) and

IT APPEARING that this matter has dismissed without prejudice (Dkt. 116),

IT IS HEREBY **ORDERED** that the Bond of fifty thousand dollars ($50,000.00) paid by 11:59 shall be disbursed and returned by the Clerk's office pursuant to Local Rule 67. Such funds shall be remitted to:

    M Corp dba 11:59
    5930 S. Land Park Drive # 22069
    Sacramento, CA 95822

    EIN: 20-0810267

[Signatures on Following Pages]

Dated: _____

                                            Honorable Rossie D. Alston
                                            United States District Judge

SEEN AND AGREED BY ALL PARTIES:

| | |
|---|---|
| JOSEPH BRADLEY SHERIDAN: | M CORP DBA 11:59: |
| By: /s/ *Eric P. Burns*<br>John M. Remy (VA Bar No. 65863)<br>Eric P. Burns (VA Bar No. 76554)<br>Alyssa B. Testo (VA Bar No. 97254)<br>JACKSON LEWIS P.C.<br>10701 Parkridge Blvd., Suite 300<br>Reston, VA  20191<br>Telephone:  (703) 483-8300<br>John.Remy@jacksonlewis.com<br>Eric.Burns@jacksonlewis.com<br>Alyssa.Testo@jacksonlewis.com | By: /s/ *John M. Murdock*<br>John M. Murdock<br>Virginia Bar No. 26647<br>Brian S. Szmak<br>Virginia Bar No. 92555<br>Counsel for Plaintiff<br>POTTER & MURDOCK, P.C.<br>252 N. Washington Street<br>Falls Church, VA 22046<br>Telephone: (703) 992-6950<br>jmurdock@pottermurdock.com<br>bszmak@pottermurdock.com |
| INFINITIVE, INC.:<br><br>By  /s/ *Micah E. Ticatch*<br>Micah E. Ticatch, (VA Bar No. 83351)<br>John W.H. Harding (VA Bar No. 87602)<br>ISLERDARE, PC<br>1945 Old Gallows Road, Suite 650<br>Vienna, Virginia 22182<br>Telephone: 703-663-1308<br>Facsimile: 703-748-2695<br>mticatch@islerdare.com<br>jharding@islerdare.com | Stacy Landau (admitted Pro Hac Vice)<br>Kegan S. Andeskie (admitted Pro Hac Vice)<br>NUKK-FREEMAN & CERRA, P.C.<br>26 Main Street, Suite 202<br>Chatham, New Jersey 07928<br>Tel: (973) 665-9100<br>Fax: (973) 665-9101<br>slandau@nfclegal.com<br>kandeskie@nfclegal.com |
| DATABRICKS, INC.:<br><br>By /s/ *Robert R. Vieth*<br>Robert R. Vieth (VSB No. 24304)<br>HIRSCHLER FLEISCHER, PC<br>1676 International Dr., Suite 1350<br>Tysons Corner, Virginia 22102<br>T: (703) 584-8366<br>F: (703) 584-8901<br>Email: rvieth@hirschlerlaw.com | |

Daniel J. McCoy, *pro hac vice*

Reanne Swafford-Harris, *pro hac vice*
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200
dmccoy@fenwick.com
rswaffordharris@fenwick.com