UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

---

| | |
|---|---|
| M CORP DBA 11:59, | : |
| Plaintiff, | : Civil Action No. 1:24-cv-1823 |
| | : RDA-IDD |
| v. | : |
| | : |
| INFINITIVE, INC., JOSEPH BRADLEY SHERIDAN, DATABRICKS INC., WILLIAM McKINNEY, CHERYL MILES, AND DOES 1-25, INCLUSIVE | : |
| Defendants. | : |

---

### AGREED ORDER
### DISBURSEMENT OF BOND

THIS MATTER comes before the Court on the Motion of Plaintiff/Counter-Defendant M Corp d/b/a 11:59 ("11:59") for disbursement of funds paid into the Court's registry, and

IT APPEARING that subject to this Court's Order granting Plaintiff's requested Temporary Restraining Order (Dkt. 32), 11:59 paid into the Court's registry the amount of fifty thousand dollars ($50,000.00), (Dkt. 42) and

IT APPEARING that this matter has dismissed without prejudice (Dkt. 116),

IT IS HEREBY **ORDERED** that the Bond of fifty thousand dollars ($50,000.00) paid by 11:59 shall be disbursed and returned by the Clerk's office pursuant to Local Rule 67. Such funds shall be remitted to:

M Corp dba 11:59
5930 S. Land Park Drive # 22069
Sacramento, CA 95822

EIN: 20-0810267

It is SO ORDERED.

/s/
Rossie D. Alston, Jr.
United States District Judge

Alexandria, Virginia
January 21, 2026

SEEN AND AGREED BY ALL PARTIES:

JOSEPH BRADLEY SHERIDAN:

By: /s/ *Eric P. Burns*
John M. Remy (VA Bar No. 65863)
Eric P. Burns (VA Bar No. 76554)
Alyssa B. Testo (VA Bar No. 97254)
JACKSON LEWIS P.C.
10701 Parkridge Blvd., Suite 300
Reston, VA 20191
Telephone: (703) 483-8300
John.Remy@jacksonlewis.com
Eric.Burns@jacksonlewis.com
Alyssa.Testo@jacksonlewis.com

INFINITIVE, INC.:

By /s/ *Micah E. Ticatch*
Micah E. Ticatch, (VA Bar No. 83351)
John W.H. Harding (VA Bar No. 87602)
ISLERDARE, PC
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
Telephone: 703-663-1308
Facsimile: 703-748-2695
mticatch@islerdare.com
jharding@islerdare.com

DATABRICKS, INC.:

By /s/ *Robert R. Vieth*
Robert R. Vieth (VSB No. 24304)
HIRSCHLER FLEISCHER, PC
1676 International Dr., Suite 1350
Tysons Corner, Virginia 22102
T: (703) 584-8366
F: (703) 584-8901
Email: rvieth@hirschlerlaw.com

Daniel J. McCoy, *pro hac vice*

M CORP DBA 11:59:

By: /s/ *John M. Murdock*
John M. Murdock
Virginia Bar No. 26647
Brian S. Szmak
Virginia Bar No. 92555
Counsel for Plaintiff
POTTER & MURDOCK, P.C.
252 N. Washington Street
Falls Church, VA 22046
Telephone: (703) 992-6950
jmurdock@pottermurdock.com
bszmak@pottermurdock.com

Stacy Landau (admitted Pro Hac Vice)
Kegan S. Andeskie (admitted Pro Hac Vice)
NUKK-FREEMAN & CERRA, P.C.
26 Main Street, Suite 202
Chatham, New Jersey 07928
Tel: (973) 665-9100
Fax: (973) 665-9101
slandau@nfclegal.com
kandeskie@nfclegal.com

2

Reanne Swafford-Harris, *pro hac vice*
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200
dmccoy@fenwick.com
rswaffordharris@fenwick.com